| United States Bankruptcy Court<br>**Middle District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Tadlock, Timothy A. Sr.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA Executive Transportation Services; FDBA TC Enterprises; AKA Tim Tadlock** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-0050** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1511 Wild Iris Lane**<br>**Orange Park, FL**<br>ZIP Code **32003** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clay** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 8418**<br>**Fleming Island, FL**<br>ZIP Code **32006** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Tadlock, Timothy A. Sr.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **Sunseeker Investments, Inc.** | Case Number: **09-07172-PMG** | Date Filed: **8/26/09** |
|---|---|---|
| District: **Middle District of Florida, Jacksonville Division** | Relationship: **Debtor's company** | Judge: **Chief Judge Paul M. Glenn** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X   /s/ Eugene H. Johnson**                          **August 27, 2009**<br>Signature of Attorney for Debtor(s)                 (Date)<br>**Eugene H. Johnson 0032105** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Tadlock, Timothy A. Sr.** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Timothy A. Tadlock, Sr.**
Signature of Debtor  **Timothy A. Tadlock, Sr.**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**August 27, 2009**
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Eugene H. Johnson**
Signature of Attorney for Debtor(s)

**Eugene H. Johnson 0032105**
Printed Name of Attorney for Debtor(s)

**Johnson Law Firm, PA**
Firm Name

**300 W. Adams Street, Suite 350**
**Jacksonville, FL 32202**

_____
Address

                    **Email: ehj@johnsonlawpa.com**
**904-652-2400  Fax: 904-652-2401**
Telephone Number

**August 27, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Middle District of Florida

In re __Timothy A. Tadlock, Sr._____     Case No. _____

                                      Debtor(s)      Chapter    __11_____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Timothy A. Tadlock, Sr.**
                       **Timothy A. Tadlock, Sr.**

Date: **August 27, 2009**

# United States Bankruptcy Court
## Middle District of Florida

In re   **Timothy A. Tadlock, Sr.**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Advantage Funding**<br>**C/O David Ruttenberg**<br>**New York, NY 10016** | **Advantage Funding**<br>**C/O David Ruttenberg**<br>**New York, NY 10016** | **Executive Transportation Services, LLC** | **Disputed** | **53,400.74** |
| **American Express**<br>**P.O. Box 360002**<br>**Fort Lauderdale, FL 33336** | **American Express**<br>**P.O. Box 360002**<br>**Fort Lauderdale, FL 33336** | **Credit card** | **Disputed** | **39,221.72** |
| **Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL 33329** | **Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL 33329** | **CreditCard** | | **42,172.00** |
| **Aramark**<br>**5698 Commonwealth Avenue**<br>**Jacksonville, FL 32254** | **Aramark**<br>**5698 Commonwealth Avenue**<br>**Jacksonville, FL 32254** | | **Disputed** | **51,782.51** |
| **Bank Of America**<br>**Attn: Bankruptcy NC4-105-02-77**<br>**Po Box 26012**<br>**Greensboro, NC 27410** | **Bank Of America**<br>**Attn: Bankruptcy NC4-105-02-77**<br>**Po Box 26012**<br>**Greensboro, NC 27410** | **TC Enterprises, LLC** | **Disputed** | **98,982.19** |
| **Colson Services Corp.**<br>**P.O. Box 942**<br>**Bowling Green Station**<br>**New York, NY 10274** | **Colson Services Corp.**<br>**P.O. Box 942**<br>**Bowling Green Station**<br>**New York, NY 10274** | **TC Enterprises, LLC** | **Disputed** | **192,709.42** |
| **Community Credit Union**<br>**C/O Main Street Law Office**<br>**504 Main Street**<br>**Suite 200**<br>**La Crosse, WI 54602** | **Community Credit Union**<br>**C/O Main Street Law Office**<br>**504 Main Street**<br>**La Crosse, WI 54602** | **First Coast Excursions, LLC** | **Disputed** | **785,912.52** |
| **Elavon, Inc**<br>**C/O The Dye Law Firm**<br>**236 East 5th Avenue**<br>**Tallahassee, FL 32315** | **Elavon, Inc**<br>**C/O The Dye Law Firm**<br>**236 East 5th Avenue**<br>**Tallahassee, FL 32315** | | **Disputed** | **42,301.74** |
| **First Federal Bank of N.F.**<br>**511 St. Johns Ave**<br>**Palatka, FL 32178** | **First Federal Bank of N.F.**<br>**511 St. Johns Ave**<br>**Palatka, FL 32178** | **2526 Stern Drive S.**<br>**Atlantic Beach, FL 32233** | | **200,000.00**<br>**(120,000.00 secured)**<br>**(1,925,496.00 senior lien)** |

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
| --- | --- | --- | --- | --- |
| **First Insurance Funding Corp**<br>P.O. Box 66468<br>Chicago, IL 60666 | **First Insurance Funding Corp**<br>P.O. Box 66468<br>Chicago, IL 60666 | **Executive Transportation Services, LLC** | **Disputed** | **32,749.80** |
| **Fleet One Transplatinum**<br>C/O Ralph Marcadis, Esq.<br>5401 S. Westshore Boulevard<br>Tampa, FL 33611 | **Fleet One Transplatinum**<br>C/O Ralph Marcadis, Esq.<br>5401 S. Westshore Boulevard<br>Tampa, FL 33611 | **Executive Transportation Services, LLC** | **Disputed** | **38,511.60** |
| **Gemb Lending Inc**<br>3355 Michelson Dr.<br>Irvine, CA 92612 | **Gemb Lending Inc**<br>3355 Michelson Dr.<br>Irvine, CA 92612 | **Recreational** | | **35,041.00** |
| **Internal Revenue Service**<br>PO Box 21126<br>Philadelphia, PA 19114 | **Internal Revenue Service**<br>PO Box 21126<br>Philadelphia, PA 19114 | **Executive Transportation Services, LLC - Payroll tax** | **Disputed** | **39,003.98** |
| **Navy Federal Credit Union**<br>P.O. Box 3000<br>Merrifield, VA 22119 | **Navy Federal Credit Union**<br>P.O. Box 3000<br>Merrifield, VA 22119 | **559 Cody Drive Jacksonville, FL 32073 (Debtor's former spouse awarded title in divrce proceedings)** | | **159,552.00**<br><br>**(0.00 secured)** |
| **The Jacksonville Bank**<br>c/o Michael R. Freed, Esq.<br>Brennan, Manna, Diamond, P.L<br>800 W. Monroe Street<br>Jacksonville, FL 32202 | **The Jacksonville Bank**<br>c/o Michael R. Freed, Esq.<br>Brennan, Manna, Diamond, P.L<br>Jacksonville, FL 32202 | **Sunseeker Investments, LLC** | | **716,440.57** |
| **Vystar Credit Union**<br>C/O Hiday & Ricke<br>P.O. Box 550858<br>Jacksonville, FL 32255 | **Vystar Credit Union**<br>C/O Hiday & Ricke<br>P.O. Box 550858<br>Jacksonville, FL 32255 | **Line of Credit** | **Disputed** | **36,923.86** |
| **Vystar Credit Union**<br>Attn: Bankruptcy<br>Po Box 45085<br>Jacksonville, FL 32232 | **Vystar Credit Union**<br>Attn: Bankruptcy<br>Po Box 45085<br>Jacksonville, FL 32232 | **ConventionalRealE stateMortgage** | | **50,472.00** |
| **Wachovia Bank, N.A.**<br>C/O Elavon<br>7300 Chapman Highway<br>Knoxville, TN 37920 | **Wachovia Bank, N.A.**<br>C/O Elavon<br>7300 Chapman Highway<br>Knoxville, TN 37920 | **Executive Transportation Services, LLC** | **Disputed** | **49,760.24** |
| **Wachovia Bank, N.A.**<br>Business Equity Line of Cred<br>P.O. Box 96074<br>Charlotte, NC 28296 | **Wachovia Bank, N.A.**<br>Business Equity Line of Cred<br>P.O. Box 96074<br>Charlotte, NC 28296 | **2526 Stern Drive S. Atlantic Beach, FL 32233** | | **1,800,000.00 (120,000.00 secured) (125,496.00 senior lien)** |
| **Wachovia Bank, N.A.**<br>C/O Anthony Distasio, Esq<br>P.O. Box 461<br>Reading, PA 19603 | **Wachovia Bank, N.A.**<br>C/O Anthony Distasio, Esq<br>P.O. Box 461<br>Reading, PA 19603 | **Executive Transportation Services, LLC** | **Disputed** | **75,176.39** |

In re   **Timothy A. Tadlock, Sr.**_____                    Case No. _____
                                  Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, **Timothy A. Tadlock, Sr.**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **August 27, 2009**_____            Signature   **/s/ Timothy A. Tadlock, Sr.**_____
                                                                    **Timothy A. Tadlock, Sr.**
                                                                    Debtor

    *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Timothy A. Tadlock, Sr.**

                                      Debtor

Case No. _____

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 120,000.00 | | |
| B - Personal Property | Yes | 4 | 170,381.80 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 2,290,048.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 39,003.98 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 29 | | 2,893,148.63 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 12 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 6,456.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 5,856.00 |
| Total Number of Sheets of ALL Schedules | | 56 | | | |
| Total Assets | | | 290,381.80 | | |
| Total Liabilities | | | | 5,222,200.61 | |

.

# United States Bankruptcy Court
## Middle District of Florida

In re     **Timothy A. Tadlock, Sr.** _____,    Case No. _____

                                                  Debtor

Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Timothy A. Tadlock, Sr.**                           ,      Case No. _____
                                                 Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **2526 Stern Drive S.**<br>**Atlantic Beach, FL  32233** | **Fee simple** | - | **120,000.00** | **2,125,496.00** |
| **559 Cody Drive**<br>**Jacksonville, FL 32073**<br>**(Debtor's former spouse awarded title in divrce proceedings)** | | - | **0.00** | **159,552.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **120,000.00** | (Total of this page) |
| Total > | **120,000.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re     **Timothy A. Tadlock, Sr.**                      ,     Case No. _____

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account with Fifth Third Bank** | - | 0.00 |
| | | **Savings account with American Airlines Credit Union** | - | 500.00 |
| | | **Savings account Navy Federal Credit Union** | - | 5.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods and furnishings** | - | 300.00 |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.   Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     **805.00**
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Timothy A. Tadlock, Sr.**                    ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401(k)** | **-** | **160,000.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Sunseeker Investments, Inc.** | **-** | **Unknown** |
| | | **Executive Acquisitions, Inc. (only asset is trailer)** | **-** | **Unknown** |
| | | **TC Enterprises, LLC** | **-** | **Unknown** |
| | | **Sunseeker Entertainment, LLC** | **-** | **Unknown** |
| | | **Executive Resource Managment, LLC** | **-** | **Unknown** |
| | | **Executive Transportation Services, LLC** | **-** | **Unknown** |
| | | **Executive Fleet Services, LLC** | **-** | **Unknown** |
| | | **Executive Transportation and Tours, LLC** | **-** | **Unknown** |
| | | **Sunseeker Real Estate, LLC** | **-** | **Unknown** |
| | | **American Airlines stock options 970 shares @ $5.74 per share (as of 8.27.09)** | **-** | **5,576.80** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >     **165,576.80**
(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re   **Timothy A. Tadlock, Sr.**                              ,      Case No. _____

                                       Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Judgment against Bourbon Street Station, Inc. (FL Corp.) for $12,000, plus interest @ 11% per annum.** | - | **Unknown** |
| | | **Judgement against Robert Philliber for $350,000** | - | **Unknown** |
| | | **Judgment against Antonio Alvarez for $100,000** | - | **Unknown** |
| | | **Jugdment against Dave Montana for $44,000, plus interest** | - | **Unknown** |
| | | **Various judgments against persons for loans less than $2,000** | - | **Unknown** |
| | | **Judgment against Bendict Shawa for $200,000** | - | **Unknown** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

                                      Sub-Total >        **0.00**
                                   (Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re __Timothy A. Tadlock, Sr._____,   Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Jeep Cherokee** | - | **4,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Claim against Michael Thompson for, among other things, theft.** | - | **Unknown** |
| | | **Claim against Bill Hiscock for, among other things, fraudulent conveyance/transfer(s) and preference(s)** | - | **Unknown** |

Sub-Total >     **4,000.00**
(Total of this page)
Total >     **170,381.80**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037       Best Case Bankruptcy

In re     **Timothy A. Tadlock, Sr.**                               ,      Case No. _____

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                          $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Savings account with American Airlines Credit Union** | **Fla. Const. art. X, § 4(a)(2)** | 500.00 | 500.00 |
| **Savings account Navy Federal Credit Union** | **Fla. Const. art. X, § 4(a)(2)** | 5.00 | 5.00 |
| **Household Goods and Furnishings** | | | |
| **Household goods and furnishings** | **Fla. Const. art. X, § 4(a)(2)** | 300.00 | 300.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401(k)** | **Fla. Stat. Ann. § 222.21(2)** | 160,000.00 | 160,000.00 |
| **Stock and Interests in Businesses** | | | |
| **American Airlines stock options 970 shares @ $5.74 per share (as of 8.27.09)** | **Fla. Stat. Ann. § 222.25(4)**<br>**Fla. Const. art. X, § 4(a)(2)** | 4,000.00<br>195.00 | 5,576.80 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **Jeep Cherokee** | **Fla. Stat. Ann. § 222.25(1)** | 0.00 | 4,000.00 |

                                                     Total:     **165,000.00**      **170,381.80**

   __0__    continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                             Best Case Bankruptcy

In re **Timothy A. Tadlock, Sr.** ,      Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
|  |  | H W | J C |  |  |  |  |  |  |
| Account No. **xxx-xx-0050**<br><br>**First Federal Bank of N.F.**<br>**511 St. Johns Ave**<br>**Palatka, FL 32178** |  | - | | **2004**<br><br>**Second Mortgage**<br><br>**2526 Stern Drive S.**<br>**Atlantic Beach, FL 32233** |  |  |  |  |  |
|  |  |  | | Value $      **120,000.00** |  |  |  | **200,000.00** | **200,000.00** |
| Account No. **xxx-xx-0050**<br><br>**Jax City Finance, Inc.**<br>**233 E. State Street**<br>**Jacksonville, FL 32202** |  | - | | **2009**<br><br>**Purchase Money Security**<br><br>**Jeep Cherokee** |  |  |  |  |  |
|  |  |  | | Value $      **4,000.00** |  |  |  | **5,000.00** | **1,000.00** |
| Account No. 3468013233260<br><br>**Navy Federal Credit Union**<br>**P.O. Box 3000**<br>**Merrifield, VA 22119** | X | - | | **Opened 2/01/06 Last Active 9/26/08**<br><br>**First Mortgage**<br><br>**559 Cody Drive**<br>**Jacksonville, FL 32073**<br>**(Debtor's former spouse awarded title in divrce proceedings)** |  |  |  |  |  |
|  |  |  | | Value $      **0.00** |  |  |  | **159,552.00** | **159,552.00** |
| Account No. 3468013233294<br><br>**Navy Federal Credit Union**<br>**P.O. Box 3000**<br>**Merrifield, VA 22119** |  | - | | **Opened 2/01/06 Last Active 9/26/08**<br><br>**First Mortgage**<br><br>**2526 Stern Drive S.**<br>**Atlantic Beach, FL 32233** |  |  |  |  |  |
|  |  |  | | Value $      **120,000.00** |  |  |  | **125,496.00** | **5,496.00** |

  **1**   continuation sheets attached                  Subtotal      **490,048.00**      **366,048.00**

(Total of this page)

In re   **Timothy A. Tadlock, Sr.**        ,    Case No. _____

                             Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **4401-3803-1006-5555** | | | | **5/20/2008** | | | | | |
| **Wachovia Bank, N.A.** **Business Equity Line of Cred** P.O. Box 96074 Charlotte, NC 28296 | X | - | | **Third Mortage** **2526 Stern Drive S.** **Atlantic Beach, FL 32233** | | | | | |
| | | | | Value $    **120,000.00** | | | | **1,800,000.00** | **1,800,000.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 1,800,000.00 | 1,800,000.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 2,290,048.00 | 2,166,048.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

.

In re    **Timothy A. Tadlock, Sr.**                                     ,    Case No. _____

                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                        **2**    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re   **Timothy A. Tadlock, Sr.** _____ ,    Case No. _____

                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-0050** | | | **2005** | | | | | | |
| **Julie A. Tadlock**<br>**559 Cody Drive**<br>**Orange Park, FL 32073** | - | | **alimony** | | | | | **Unknown** | |
| | | | | | | | **Unknown** | | **0.00** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  **1**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

|  | Subtotal | **0.00** | |
|---|---|---|---|
|  | (Total of this page) | **0.00** | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __Timothy A. Tadlock, Sr._____ ,   Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **26-2624937** <br><br> **Internal Revenue Service** <br> **PO Box 21126** <br> **Philadelphia, PA 19114** | X | - | **9/30/2008** <br><br> **Executive Transportation Services, LLC - Payroll tax** | | | X | 39,003.98 | **Unknown** | **Unknown** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __2___ of __2___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 39,003.98 | 0.00 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 39,003.98 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Timothy A. Tadlock, Sr.**

,

Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 904-270-8981 003 0560<br><br>A T&T<br>C/O ALPAT Company, Inc.<br>P.O. Box 1689<br>Slidell, LA 70459 | X | - | 12/16/08<br>TC Enterprises, LLC | | | X | 1,207.09 |
| Account No.<br><br>A-1 Waste Management<br>7300 Imeson Road<br>Jacksonville, FL 32219 | X | - | 6/29/08<br>TC Enterprises, LLC | | | X | 202.00 |
| Account No. 0043308-101<br><br>ABC Companies<br>P.O. Box 1450<br>Minneapolis, MN 55485 | X | - | 8/19/2008<br>Executive Transportation Services, LLC | | | X | 5,922.77 |
| Account No. 1313<br><br>Accelerated Receivables<br>3219 Atlantic Boulevard<br>Jacksonville, FL 32207 | X | - | 3/30/09<br>TC Enterprises, LLC | | | X | 6,351.45 |

__28__  continuation sheets attached

Subtotal
(Total of this page)

13,683.31

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    S/N:38625-090414   Best Case Bankruptcy

In re __Timothy A. Tadlock, Sr.__ _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **002486058** <br><br> **ACN** <br> **P.O. Box 650384** <br> **Dallas, TX 75265** | | - | 6/17/2008 | | | X | 54.83 |
| Account No. **xxx-xx-0050** <br><br> **Admin 2000, Inc** <br> **780 deltona Boulevard** <br> **Suite 201** <br> **Deltona, FL 32725** | X | - | 12-31-2008 <br> **Executive Transportation Services, LLC** | | | X | 185.00 |
| Account No. <br><br> **ADT Security Services** <br> **C/O SKO Brenner** <br> **P.O. Box 9320** <br> **Baldwin, NY 11510** | X | - | **Account** | | | X | 553.73 |
| Account No. **8698** <br><br> **Advance Disposal** <br> **P.O. Box 24239** <br> **Jacksonville, FL 32241** | X | - | 2/1/2009 <br> **Executive Transportation Services, LLC** | | | X | 384.95 |
| Account No. **xxx-xx-0050** <br><br> **Advantage Funding** <br> **C/O David Ruttenberg** <br> **New York, NY 10016** | X | - | 6/1/2009 <br> **Executive Transportation Services, LLC** | | | X | 53,400.74 |

Sheet no. __1___ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br>
(Total of this page)    54,579.25

In re    **Timothy A. Tadlock, Sr.**                                ,      Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **320110-1** <br><br> **All American Publishing** <br> **P.O. Box 100** <br> **Caldwell, ID 83606** | X | - | **10-21-2008** <br> **Executive Transportation Services, LLC** | | | X | 215.00 |
| Account No. **xxx-xx-0050** <br><br> **All Weather Contractors** <br> **5151 Sunbeam Road** <br> **Jacksonville, FL 32257** | | - | **3/20/2008** | | | X | 4,152.42 |
| Account No. **1000027540088** <br><br> **Allied First Bank** <br> **387 Shuman Blvd Ste 120e** <br> **Naperville, IL 60563** | | - | **Opened 8/01/99 Last Active 6/25/09** <br> **DebitCard** | | | | 3,950.00 |
| Account No. **4042021540016480** <br><br> **Allied First Bank** <br> **387 Shuman Ste 120 W** <br> **Naperville, IL 60563** | | - | **Opened 10/01/00 Last Active 10/01/04** <br> **CreditCard** | | | | Unknown |
| Account No. **xxxx-xxxxx7-71000** <br><br> **American Express** <br> **P.O. Box 360001** <br> **Fort Lauderdale, FL 33336** | X | - | **9-23-08** <br> **Executive Transportation Services, LLC** | | | X | 1,577.95 |

Sheet no. __**2**__ of __**28**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims                  Subtotal <br> (Total of this page)         9,895.37

In re    **Timothy A. Tadlock, Sr.**                    ,      Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 3772-101841-71007 <br><br> **American Express** <br> **C/O GC Services Limited** <br> **6330 Gulfton** <br> **Houston, TX 77081** | | - | | | 6/24/2008 <br> **Credit card** | | | X | 8,329.11 |
| Account No. xxxx-xxxxx4-02000 <br><br> **American Express** <br> **P.O. Box 360002** <br> **Fort Lauderdale, FL 33336** | | - | | | 08/06/2008 <br> **Credit card** | | | X | 39,221.72 |
| Account No. xxxx-xxxxx3-53001 <br><br> **American Express** <br> **P.O. Box 360002** <br> **Fort Lauderdale, FL 33336-0002** | X | - | | | 8/22/2008 <br> **Credit card** | | | X | 17,864.04 |
| Account No. 2420037323 <br><br> **American Express** <br> **4315 South 2700 West** <br> **UT 84814** | X | - | | | 2/20/2009 <br> **Credit card** | | | X | 16,547.66 |
| Account No. 3499908406517583 <br><br> **Amex** <br> **Po Box 297871** <br> **Fort Lauderdale, FL 33329** | | - | | | Opened 2/01/00 <br> **CreditCard** | | | | 42,172.00 |

Sheet no. __3__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)      **124,134.53**

In re __Timothy A. Tadlock, Sr.__ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **242003732300001**<br><br>**Amex**<br>**Pob 2855**<br>**New York, NY 10116** | | - | **Opened 6/01/06 Last Active 3/16/09**<br>**Agriculture** | | | | 15,092.00 |
| Account No. **3499906457232243**<br><br>**Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL 33329** | | - | **Opened 9/01/00**<br>**CreditCard** | | | | 8,627.00 |
| Account No. **3727-308550-61000**<br><br>**Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL 33329** | X | - | **12/12/2008**<br>**CreditCard** | | | X | 4,891.56 |
| Account No. **79603**<br><br>**Aramark**<br>**5698 Commonwealth Avenue**<br>**Jacksonville, FL 32254** | X | - | | | | X | 51,782.51 |
| Account No. **xxx-xx-0050**<br><br>**ASAP Plumbing**<br>**P.O. Box 48070**<br>**Jacksonville, FL 32247** | X | - | **10-27-2008**<br>**TC Enterprises, LLC** | | | X | 571.95 |

Sheet no. __4__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 80,965.02

In re     **Timothy A. Tadlock, Sr.**                                                          ,        Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **497278** <br><br>**Authorize.Net** <br>**808 East Utah Valley Drive** <br>**American Fork, UT 84003** | X | - | | **9-15-2008** <br>**Executive Transportation Services, LLC** | | X | | 30.60 |
| Account No. **21-4869595** <br><br>**Bank Of America** <br>**Attn: Bankruptcy NC4-105-02-77** <br>**Po Box 26012** <br>**Greensboro, NC 27410** | X | - | | **3/3/08** <br>**TC Enterprises, LLC** | | | X | 98,982.19 |
| Account No. **6806** <br><br>**Bank Of America** <br>**Attn: Bankruptcy NC4-105-02-77** <br>**Po Box 26012** <br>**Greensboro, NC 27410** | X | - | | **Opened  2/01/98  Last Active  7/18/07** <br>**CreditCard** | | | X | 23,967.72 |
| Account No. **214900124869** <br><br>**Bank Of America** <br>**4161 Piedmont Pkwy** <br>**Greensboro, NC 27410** | | - | | **Opened  6/01/97  Last Active  1/01/01** <br>**Unsecured** | | | | 0.00 |
| Account No. **xxx-xx-0050** <br><br>**Banner Towing & Tranport** <br>**DBA: Allen's Towing** <br>**29654 Philips Highway** <br>**Jacksonville, FL 32207** | X | - | | **5/14/2007** <br>**Executive Transportation Services, LLC** | | | X | 1,175.89 |

Sheet no. __5__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

124,156.40

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re     **Timothy A. Tadlock, Sr.**                           ,     Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxx-xx-0050** | | | | | alleged breach of agreement | | | | |
| Barbara Whittington c/o Kelly Hampton, Esq. 1605 King Street, Ste. B Jacksonville, FL 32204 | X | - | | | | | | X | Unknown |
| Account No. **xxx-xx-0050** | | | | | alleged breach of agreement | | | | |
| Bill Hiscock c/o Jonathan Smith, Esq. 810 Margaret Street Jacksonville, FL 32204 | X | - | | | | | | X | Unknown |
| Account No. 15310090090801214 | | | | | 8/14/2009 | | | | |
| Bronson & Migliaccio, LLP 220 Fletcher Avenue 5th Floor Fort Lee, NJ 07024 | | - | | | | | | X | 4,966.56 |
| Account No. **xxx-xx-0050** | | | | | account | | | | |
| Buchanon Petroleum c/o Registered Agent Clayton Buchanon 1854 Highland Drive Fernandina Beach, FL 32034 | | - | | | | | | X | Unknown |
| Account No. 558250862292 | | | | | Opened 8/01/07 Last Active 8/08/08 CreditCard | | | | |
| Chase Po Box 15298 Wilmington, DE 19850 | | - | | | | | | | 25,456.00 |

Sheet no. __6___ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims                Subtotal (Total of this page)      **30,422.56**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

In re   **Timothy A. Tadlock, Sr.**                       ,      Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **424631514380**<br><br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | - | | Opened 10/01/00  Last Active 11/05/08<br>CreditCard | | | | 2,285.03 |
| Account No. **5582-5086-2292-9120**<br><br>**Chase**<br>**P.O. Box 15548**<br>**Wilmington, DE 19886** | X | - | 4/20/2009<br>Executive Transportation Services, LLC | | | X | 25,456.32 |
| Account No. **4246-3151-4380-4589**<br><br>**Chase**<br>**P.O. Box 15548**<br>**Wilmington, DE 19886** | X | - | 3/24/09<br>Credit card | | | X | 1,956.16 |
| Account No. **xxx-xx-0050**<br><br>**Chris Hiondes**<br>**c/o Mary C. Sorrell, Esq.**<br>**PO Box 330108**<br>**Atlantic Beach, FL 32233** | X | - | 2003<br>breach of lease | | | X | Unknown |
| Account No. **280-2706**<br><br>**Cintas Corp**<br>**5863 W. Beaver Street**<br>**Jacksonville, FL 32254** | X | - | 9-1-2008<br>TC Enterprises, LLC | | | X | 649.17 |

Sheet no. __7__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,346.68

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                       Best Case Bankruptcy

In re **Timothy A. Tadlock, Sr.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **43153-10632**<br><br>**City of Atlantic Beach**<br>**800 Seminole Road**<br>**Atlantic Beach, FL 32233** | X | - | | **10/15/2008**<br>**TC Enterprises, LLC** | | | X | 266.07 |
| Account No. **13JGM**<br><br>**City of Jacksonville**<br>**C/O Law Enforcement Systems**<br>**P.O. box 1348**<br>**Room 130**<br>**Long Island City, NY 11101** | | - | | **9/26/2008**<br>**Traffic Tickets** | | | X | 70.00 |
| Account No. **0356259-2**<br><br>**City of Orlando**<br>**P.O. Box 545100**<br>**Orlando, FL 32854** | X | - | | **4/30/2009**<br>**Executive Transportation Services, LLC** | | | X | 435.78 |
| Account No. **xxx-xx-0050**<br><br>**Clarson & Associates**<br>**1643 Naldo Avenue**<br>**Jacksonville, FL 32207** | X | - | | **3/5/2009**<br>**SunSeeker Investments, Inc** | | | X | 2,450.00 |
| Account No. **83167**<br><br>**CMI Legal Forwarding**<br>**P.O. Box 28851**<br>**Philadelphia, PA 19151** | X | - | | **8/21/08**<br>**Executive Transportation Services, LLC** | | | X | 836.35 |

Sheet no. __**8**___ of __**28**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 4,058.20 |
|---|

In re   **Timothy A. Tadlock, Sr.**       ,    Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **009370000** <br><br> **Coca Cola** <br> **P. O. Box 102499** <br> **Atlanta, GA 30368** | X | - | | **1/25/08** <br> **TC Enterprises, LLC** | | | X | 640.20 |
| Account No. **371544596353001** <br><br> **Collection** <br> **Attn: Bankrutpcy Department** <br> **Po Box 10587** <br> **Greenville, SC 29603** | | - | | **Opened 3/01/09** <br> **FactoringCompanyAccount American Exp** | | | | 19,718.00 |
| Account No. **65009** <br><br> **Colson Services Corp.** <br> **P.O. Box 942** <br> **Bowling Green Station** <br> **New York, NY 10274** | X | - | | **3/4/2008** <br> **TC Enterprises, LLC** | | | X | 192,709.42 |
| Account No. **8495741018616122** <br><br> **Comcast** <br> **P.O. Box 530098** <br> **Atlanta, GA 30353-0098** | X | - | | **8/27/2008** <br> **TC Enterprises, LLC** | | | X | 584.31 |
| Account No. **88166-753** <br><br> **Community Credit Union** <br> **C/O Main Street Law Office** <br> **504 Main Street** <br> **Suite 200** <br> **La Crosse, WI 54602** | X | - | | **7/15/2009** <br> **First Coast Excursions, LLC** | | | X | 785,912.52 |

Sheet no. __9__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **999,564.45**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Timothy A. Tadlock, Sr.** ,                    Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-0050**<br><br>**Conner Hubbard & Company, LL**<br>**1106 Park Avenue**<br>**Orange Park, FL 32073** | X | - | | **12/31/2008**<br>**Executive Transportation Services, LLC** | | | X | 3,738.88 |
| Account No. **4476-1960-0091-4526**<br><br>**Creditors Financial Group, L**<br>**P.O. Box 440290**<br>**Aurora, CO 80044** | | - | | **8/8/09** | | | X | 21,664.37 |
| Account No. **xxx-xx-xx50**<br><br>**Dept. of Veterans Affairs**<br>**C/O Regional Counsel**<br>**Attn: Judy Dailey**<br>**P.O. Box 5005**<br>**Bay Pines, FL 33744** | | - | | **7/23/2009** | | | X | 174.12 |
| Account No. **xxx-xx-0050**<br><br>**Derrek Wilcoxen**<br>**c/o Bernanrd R. Mazaheri,Esq**<br>**20 N. Orange Ave.**<br>**PO Box 4979**<br>**Orlando, FL 32802** | X | - | | **Executive Transportation Services, LLC - wage claim** | | | X | 0.00 |
| Account No. **xxx-xx-0050**<br><br>**Dick's Wings**<br>**C/O Shanna Chevalier, Esq.**<br>**8834 Goodby's Executive Dr.**<br>**Jacksonville, FL 32217** | X | - | | **12/4/2007**<br>**TC Enterprises, LLC** | | | X | 9,157.09 |

Sheet no. __**10**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,734.46

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Timothy A. Tadlock, Sr.**                                ,       Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **016708405**<br><br>**Direct TV**<br>**c/o CBE Group, Inc.**<br>**131 Tower Park Drive**<br>**Suite 100**<br>**Waterloo, IA 50701** | X | - | | **3/5/2008**<br>**TC Enterprises, LLC** | | | X | **782.24** |
| Account No. **019-4775173-001/002/003**<br><br>**Dolphin Capital**<br>**C/O Wayne Schirmer**<br>**630 North Morley, Ste. 110-A**<br>**Moberly, MO 65270** | X | - | | **12/2008**<br>**TC Enterprises, LLC** | | | X | **16,834.94** |
| Account No. **xxx-xx-0050**<br><br>**Double Eagle Investments,LLC**<br>**c/o Raymond Joseph, Esq.**<br>**4035 Atlantic Blvd.**<br>**Jacksonville, FL 32207** | X | - | | **collection** | | | X | **Unknown** |
| Account No. **xxx-xx-xx50**<br><br>**Elavon, Inc**<br>**C/O The Dye Law Firm**<br>**236 East 5th Avenue**<br>**Tallahassee, FL 32315** | X | - | | **5/2009** | | | X | **42,301.74** |
| Account No. **xxx-xx-0050**<br><br>**Enterprise Maintenance**<br>**and Contracting, Inc.**<br>**c/o Jonathan Smith, Esq.**<br>**810 Margaret Street**<br>**Jacksonville, FL 32204** | X | - | | **alleged breach of agreement** | | | X | **Unknown** |

Sheet no. __11__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **59,918.92**

In re    **Timothy A. Tadlock, Sr.**                         ,       Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-xx50** | | - | 7/21/2009 | | | X | |
| **Executive Resource Managemen**<br>**C/O Butler, Robbind & White**<br>**5701 Pine Island Road**<br>**Suite 360**<br>**Fort Lauderdale, FL 33321** | | | | | | | 314.88 |
| Account No. **11634** | X | - | 2/20/2009<br>**Executive Transportation Services, LLC** | | | X | |
| **Fabulous Coach Lines**<br>**P.O. Box 214**<br>**Branford, FL 32008** | | | | | | | 3,800.00 |
| Account No. **56311156** | X | - | 6/25/08<br>**TC Enterprises, LLC** | | | X | |
| **Ferrell Gas**<br>**P.O. Box 1003**<br>**Liberty, MO 64069** | | | | | | | 1,433.32 |
| Account No. **4526** | | - | Opened 4/01/06 Last Active 6/20/08<br>**ChargeAccount** | | | | |
| **Fia Csna**<br>**Po Box 26012**<br>**Nc4-105-02-77**<br>**Greensboro, NC 27410** | | | | | | | 24,425.00 |
| Account No. **0532794-901** | X | - | 10-21-2008<br>**TC Enterprises, LLC** | | | X | |
| **Financial Pacific**<br>**3455 S. 344th Way**<br>**Suite 300**<br>**Auburn, WA 98001** | | | | | | | 18,633.36 |

Sheet no. __12__ of __28__ sheets attached to Schedule of                  Subtotal
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)        48,606.56

In re  **Timothy A. Tadlock, Sr.**                              ,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 02295-0001-0944-650 | | | 4/3/2009 | | | | |
| First Insurance Funding Corp P.O. Box 66468 Chicago, IL 60666 | X | - | Executive Transportation Services, LLC | | | X | 32,749.80 |
| Account No. 58273 | | | 11/10/2008 | | | | |
| Fleet One Transplatinum C/O Ralph Marcadis, Esq. 5401 S. Westshore Boulevard Tampa, FL 33611 | X | - | Executive Transportation Services, LLC | | | X | 38,511.60 |
| Account No. 5902U-0023004654 | | | 2/14/2009 | | | | |
| Fleetmatics USA, Inc C/O Transworld Systems, Inc 5601 Mariner Street #475 Tampa, FL 33609 | X | - | Executive Transportation Services, LLC | | | X | 13,860.00 |
| Account No. 42874147 | | | Opened 8/01/07 Last Active 3/06/09 | | | | |
| Ford Cred Po Box Box 542000 Omaha, NE 68154 | X | - | Automobile | | | X | 16,639.35 |
| Account No. WG9737 | | | 5/2009 | | | | |
| Frost-Arnett Company P.O. Box 198988 Nashville, TN 37219 | | - | | | | X | 227.86 |

Sheet no. __13__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

101,988.61

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Timothy A. Tadlock, Sr.** ,                                    Case No. _____
                                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 9101253470 **Gemb Lending Inc** **3355 Michelson Dr.** **Irvine, CA 92612** | | - | | Opened 9/01/00 Last Active 4/06/08 Recreational | | | | 35,041.00 |
| Account No. xxx-xx-0050 **Go Mini's** **6982 Highway Avenue** **Jacksonville, FL 32254** | X | - | | 2/27/2008 TC Enterprises, LLC | | | X | 577.80 |
| Account No. 030491914-B **Goodwin & Bryan, LLP** **P.O. Box 26094** **Cleveland, OH 44126** | | - | | 7/21/2009 | | | X | 1,000.00 |
| Account No. 014-0303308-002 **Great American Leasing** **625 First Street S.E.** **Suite 800** **Cedar Rapids, IA 52401** | X | - | | 5/1/2008 Executive Transportation Services, LLC | | | X | 710.47 |
| Account No. 02566720001 **Group ISO** **18006 Sky PArk Circle** **Suite 208** **WY 82614** | X | - | | 8/28/2008 Executive Transportation Services, LLC | | | X | 44.50 |

Sheet no. __14__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

37,373.77

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Timothy A. Tadlock, Sr.**, Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **600000005253108** <br><br> **Guarantee Insurance Company** <br> **401 East Las Olas Boulevard** <br> **Suite 1540** <br> **Fort Lauderdale, FL 33301** | X | - | **8/4/2009** <br> **Executive Transportation Services, LLC** | | | X | 9,195.57 |
| Account No. **117752.0001** <br><br> **Holland & Knight, LLP** <br> **P.O. Box 864084** <br> **Orlando, FL 32886** | X | - | **8/11/2008** <br> **Executive Transportation Services, LLC** | | | X | 4,663.80 |
| Account No. **000184** <br><br> **Jacksonville Aviation Author** <br> **P.O. Box 18018** <br> **Jacksonville, FL 32229** | X | - | **1/7/2009** <br> **Executive Transportation Services, LLC** | | | X | 430.00 |
| Account No. **236411** <br><br> **Jacksonville Sheriff's Offic** <br> **Alarm Office, Room 216B** <br> **501 East Bay Street** <br> **Jacksonville, FL 32202** | X | - | **8/16/08** <br> **TC Enterprises, LLC** | | | X | 25.00 |
| Account No. **xxx-xx-0050** <br><br> **Jax Ice Machines** <br> **5849 Commonwealth Avenue** <br> **Jacksonville, FL 32254** | X | - | **9-1-2008** <br> **TC Enterprises, LLC** | | | X | 224.70 |

Sheet no. **15** of **28** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **14,539.07**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __Timothy A. Tadlock, Sr.__ _____ ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5131161475** | | | | | 10/07/08 Utility | | | | |
| **JEA** **21 West Church Street** **Jacksonville, FL 32202-3139** | X | - | | | | | | X | |
| | | | | | | | | | 273.57 |
| Account No. **xxx-xx-0050** | | | | | alleged breach of agreeent | | | | |
| **Joe Risco** **c/o Jonathan Smith, Esq.** **810 Margaret Str** **Jacksonville, FL 32204** | X | - | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. **1D094059** | | | | | 2009 filing fee | | | | |
| **Jon S. Wheeler** **Clerk, First D.C.A.** **301 S. ML King Blvd.** **Tallahassee, FL 32399** | | - | | | | | | | |
| | | | | | | | | | 300.00 |
| Account No. **xxx-xx-0050** | | | | | 2008 alleged breach of contract | | | | |
| **Kenneth Murphy Tuenge** **c/o Richard K. Britton, Esq.** **2124 Park Street** **Jacksonville, FL 32204** | | - | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. **xxx-xx-0050** | | | | | loan | | | | |
| **Kennth & Leeslie Tuenge** **403 UPPER 8TH AVE S**□□ **Jacksonville Beach, FL 32250** | | - | | | | | | | |
| | | | | | | | | | Unknown |

Sheet no. __16__ of __28__ sheets attached to Schedule of           Subtotal
Creditors Holding Unsecured Nonpriority Claims           (Total of this page)

573.57

In re    **Timothy A. Tadlock, Sr.**                                                                    ,     Case No. _____

                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **111089001**<br><br>**Lease Corporation of America**<br>**3150 Livernois Road**<br>**Suite 300**<br>**Troy, MI 48083** | X | - | 12/10/2008<br>**TC Enterprises, LLC** | | | X | 1,709.56 |
| Account No. **372730855061000**<br><br>**Lvnv Funding Llc**<br>**Po Box 740281**<br>**Houston, TX 77274** | | - | Opened  3/01/09<br>**FactoringCompanyAccount American Exp** | | | | 5,053.00 |
| Account No. **5376826**<br><br>**Massey Services, Inc**<br>**P.O. Box 547668**<br>**Orlando, FL 32854** | X | - | 8-26-08<br>**TC Enterprises, LLC** | | | X | 42.80 |
| Account No. **6575701785866**<br><br>**Mellon Mortgage**<br>**9225 Indian Creek Pkwy. 9th Fl**<br>**Overland Park, KS 66210** | | - | Opened 12/01/93  Last Active 10/01/99<br>**FHARealEstateMortgage** | | | | Unknown |
| Account No. **xxx-xx-0050**<br><br>**Mike Ciccone**<br>**1032 Magnolia Landing Drive**<br>**Atlantic Beach, FL 32233** | | - | contribution | | | | Unknown |

Sheet no. __**17**__ of __**28**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                              Subtotal<br>(Total of this page)

6,805.36

B6F (Official Form 6F) (12/07) - Cont.

In re **Timothy A. Tadlock, Sr.**                                      Case No. _____
                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 6019452000836949 | | - | Opened 10/01/06 Last Active 2/11/08 ChargeAccount | | | X | |
| Mil Star Attention: Bankruptcy Po Box 650062 Dallas, TX 75236 | | | | | | | 142.72 |
| Account No. NCS1RWN0010074234 | | - | Opened 12/01/08 CollectionAttorney Rewards Network | | | | |
| National Commercial Se 8619 Reseda Blvd Ste 205 Northridge, CA 91324 | | | | | | | 23,639.00 |
| Account No. 06663090 | X | - | 1/1/2009 Executive Transportation Services, LLC | | | X | |
| Navistar Financial P.O. Box 96070 Chicago, IL 60693 | | | | | | | 5,352.41 |
| Account No. 42006377600 | | - | Opened 4/01/09 Last Active 7/31/09 Unsecured | | | | |
| Navy Fcu Attention: Bankruptcy Po Box 3000 Merrifield, VA 22119 | | | | | | | 15,100.00 |
| Account No. 5015 | X | - | 12/31/2008 Executive Transportation Services, LLC | | | X | |
| North Florida Lubes, Inc. P.O. Box 24300 Jacksonville, FL 32241 | | | | | | | 480.12 |

Sheet no. __18__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **44,714.25**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re **Timothy A. Tadlock, Sr.** _____ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **273231** <br><br> **NuCo2, LLC** <br> **P.O. Box 9011** <br> **Stuart, FL 34995** | X | - | | 10/1/2008 <br> **TC Enterprises, LLC** | | | X | 99.65 |
| Account No. **20-1727-2368-1** <br><br> **Pesco** <br> **P.O. Box 960** <br> **Winter Haven, FL 33882** | X | - | | 9/4/2008 <br> **TC Enterprises, LLC** | | | X | 2,859.42 |
| Account No. **336758701-PU** <br><br> **R.M.S.** <br> **55 Shuman Road** <br> **Naperville, IL 60566** | X | - | | 3/20/2009 <br> **Executive Transportation Services, LLC** | | | X | 675.83 |
| Account No. **11110560001126802** <br><br> **Rcvmngcorp** <br> **1814 N Michigan** <br> **Saginaw, MI 48602** | | - | | Acn | | | | 54.00 |
| Account No. **67753** <br><br> **Rewards Network** <br> **2 N. Riverside PLaza** <br> **Suite 950** <br> **Chicago, IL 60606** | X | - | | 10/17/2008 <br> **TC Enterprises, LLC** | | | X | 16,513.60 |

Sheet no. __19__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,202.50

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re      **Timothy A. Tadlock, Sr.**                                    ,          Case No. _____

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx-xx-0050** | | | | | contract | | | | |
| **Richard G. Miller c/o Mary Scott, Esq. 4035 Atlantic Blvd. Jacksonville, FL 32207** | X | - | | | | | | X | **Unknown** |
| Account No. 3181451 | | | | | 10/16/2008 TC Enterprises, LLC | | | | |
| **Safety-Kleen Corp P.O. Box 650509 Dallas, TX 75265** | X | - | | | | | | X | **25.00** |
| Account No. 5049-9411-8696-3838 | | | | | 3/16/2009 Credit card | | | | |
| **Sears C/O Alliance One Receivables P.O. Bix 21882 Saint Paul, MN 55121** | | - | | | | | | X | **352.46** |
| Account No. 504994118696 | | | | | Opened 12/01/88  Last Active  7/23/08 ChargeAccount | | | | |
| **Sears/cbsd Po Box 6189 Sioux Falls, SD 57117** | | - | | | | | | | **388.00** |
| Account No. **xxx-xx-0050** | | | | | account | | | | |
| **Skipperline Industries, Inc. c/o Kara Burgos, Esq. 201 Main Street, Ste. 700 La Crosse, WI 54602** | X | - | | | | | | X | **256.05** |

| | | |
|---|---|---|
| Sheet no. __20__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **1,021.51** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re  **Timothy A. Tadlock, Sr.** _____,  Case No. _____

                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-0050**<br><br>Smile Gas<br>914 Atlantic Avenue<br>Suite 1D<br>Fernandina Beach, FL 32034 | X | - | 3/2/2009<br>Executive Transportation Services, LLC | | | X | 3,030.80 |
| Account No. **xxx-xx-0050**<br><br>Solantic Urgent Care<br>P. O. Box 403959<br>Atlanta, GA 30384 | X | - | 3/5/2009<br>Executive Transportation Services, LLC | | | X | 1,700.00 |
| Account No. **15722**<br><br>Southern Heart Group<br>P.O. Box 19709<br>Jacksonville, FL 32245 | | - | 6/20/2009 | | | X | 150.83 |
| Account No. **3614350216102**<br><br>Southland Waste Systems<br>8619 Western Way<br>Jacksonville, FL 32256 | X | - | 10/16/08<br>TC Enterprises, LLC | | | X | 1,235.35 |
| Account No. **110972815**<br><br>Sprint<br>PO Box 4191<br>Carol Stream, IL 60197-4191 | X | - | 12/1/2008<br>TC Enterprises, LLC | | | X | 403.30 |

| | |
|---|---|
| Sheet no. __21__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page)  **6,520.28** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re **Timothy A. Tadlock, Sr.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **406439361** <br><br> **Sprint** <br> **PO Box 4191** <br> **Carol Stream, IL 60197-4191** | X | - | | | **3/19/2009** <br> **Executive Transportation Services, LLC** | | | X | 19,085.05 |
| Account No. **291695399** <br><br> **Sprint** <br> **P.O. Box 105243** <br> **Atlanta, GA 30348** | | - | | | **2/8/2009** | | | X | 469.55 |
| Account No. **xxx-xx-0050** <br><br> **Staples** <br> **C/O Hugh Blanton, Esq.** <br> **233 East Bay Street** <br> **Suite 1028** <br> **Jacksonville, FL 32202** | X | - | | | **12/15/2008** <br> **Executive Transportation Services, LLC** | | | X | 1,577.15 |
| Account No. **xxx-xx-0050** <br><br> **Stephen Danzig** <br> **c/o Lindsey C. Brock III,Esq** <br> **9995 Gate Parkway N., #190** <br> **Jacksonville, FL 32246** | X | - | | | **2009** <br> **alleged breach of agreement** | | | X | Unknown |
| Account No. **xxx-xx-0050** <br><br> **Sunseeker Investments, Inc.** <br> **c/o Wilcox Law Firm** <br> **4190 Belfort road** <br> **Ste 315** <br> **Jacksonville, FL 32216** | | - | | | **2007** <br> **loan** | | | | Unknown |

Sheet no. __22__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,131.75

In re __Timothy A. Tadlock, Sr._____ ,  Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **13200654**<br><br>**Teco Gas**<br>**P.O. Box 31017**<br>**Tampa, FL 33631** | X | - | | **10-17-2008**<br>**TC Enterprises, LLC** | | | X | 343.74 |
| Account No. **xxx-xx-0050**<br><br>**The Jacksonville Bank**<br>**c/o Michael R. Freed, Esq.**<br>**Brennan, Manna, Diamond, P.L**<br>**800 W. Monroe Street**<br>**Jacksonville, FL 32202** | X | - | | **2007**<br>**Sunseeker Investments, LLC** | | | | 716,440.57 |
| Account No. **exec02**<br><br>**Trailer Leasing Company**<br>**2733 Pickettville Road**<br>**Jacksonville, FL 32220** | X | - | | **6/19/2008**<br>**Executive Transportation Services, LLC** | | | X | 256.80 |
| Account No. **JE4781**<br><br>**Transworld Systems, Inc**<br>**9525 Sweet Valley Drive**<br>**Cleveland, OH 44125** | X | - | | **7/20/2009** | | | X | 124.14 |
| Account No. **281625**<br><br>**TW Telecom**<br>**Attn: TW Telecom**<br>**1700 Lincoln Street**<br>**Lower Level 3**<br>**Denver, CO 80274** | X | - | | **3/7/2009**<br>**Executive Transportation Services, LLC** | | | X | 1,627.77 |

Sheet no. __23__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

718,793.02

In re  **Timothy A. Tadlock, Sr.**                                                      Case No. _____
                                                                ,
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 022-0028901-001 | | | 6/11/2008 Executive Transportation Services, LLC | | | | |
| U.S. Bank Collections Department 13010 S.W. 68th Parkway Suite 100 Portland, OR 97223 | X | - | | | | X | 4,302.86 |
| Account No. 54588310 | | | Opened 11/01/84 Last Active 9/26/08 CreditCard | | | | |
| USAA Federal Savings Bank 10750 Mcdermott Fwy San Antonio, TX 78288 | | - | | | | | 20,057.00 |
| Account No. 067105264400001 | | | 8/8/08 Executive Transportation Services, LLC | | | | |
| Verizon P.O. Box 920041 Dallas, TX 75392 | X | - | | | | X | 214.95 |
| Account No. 4707-1234-6270-0202 | | | 2/2/2009 Executive Transportation Services, LLC | | | | |
| Visa Card Services 7136 South Yale Suite 304 Tulsa, OK 74136 | X | - | | | | X | 1,925.15 |
| Account No. 4707-1234-6270-0202 | | | 4/17/2009 Credit card | | | | |
| Visa Card Services/Jacksonvi C/O The Independant Bankers 350 Phelps Drive Irving, TX 75038 | | - | | | | X | Unknown |

Sheet no. __24__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**26,499.96**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Timothy A. Tadlock, Sr.**                   ,       Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **4707-1234-6270-0210**<br><br>**Visa Card Services/Jacksonvi C/O The Independant Bankers 350 Phelps Drive Irving, TX 75038** | | - | | **4/17/2009 Credit card** | | | X | **Unknown** |
| Account No. **500008519704**<br><br>**Vystar Credit Union Attn: Bankruptcy Po Box 45085 Jacksonville, FL 32232** | | - | | **Opened 8/01/07 Last Active 7/31/08 ConventionalRealEstateMortgage** | | | | **50,472.00** |
| Account No. **4703203080002399**<br><br>**Vystar Credit Union 4441 Wesconnett Bv Jacksonville, FL 32232** | | - | | **Opened 2/01/02 Last Active 9/26/08 CreditCard** | | | | **17,513.00** |
| Account No. **107501768049**<br><br>**Vystar Credit Union Attn: Bankruptcy Po Box 45085 Jacksonville, FL 32232** | X | - | | **Opened 5/01/08 Last Active 4/14/09 DepositRelated** | | | | **1,373.00** |
| Account No. **450401415105**<br><br>**Vystar Credit Union Attn: Bankruptcy Po Box 45085 Jacksonville, FL 32232** | | - | | **Opened 5/01/97 Last Active 10/18/08 CheckCreditOrLineOfCredit** | | | | **Unknown** |

Sheet no. __25__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

           Subtotal            **69,358.00**
(Total of this page)

In re   **Timothy A. Tadlock, Sr.**                        ,        Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **401415105** | | - | | | **10/28/2008**<br>**Line of Credit** | | | X | |
| **Vystar Credit Union**<br>**C/O Hiday & Ricke**<br>**P.O. Box 550858**<br>**Jacksonville, FL 32255** | | | | | | | | | 36,923.86 |
| Account No. **1010198720692** | | - | | | **Opened 1/01/09 Last Active 7/31/09**<br>**DepositRelated** | | | | |
| **Wach/rec**<br>**Po Box 3117**<br>**Winston-salem, NC 27102** | | | | | | | | | 1,539.00 |
| Account No. **01100108000102633** | X | - | | | **10/16/2008**<br>**Executive Transportation Services, LLC** | | | X | |
| **Wachovia Bank**<br>**C/O Accounts Receivable Mana**<br>**P.O. Box 129**<br>**Thorofare, NJ 08086** | | | | | | | | | 9,649.84 |
| Account No. **2000042334538** | X | - | | | **2/28/2009**<br>**Checking Account Deficiancy** | | | X | |
| **Wachovia Bank**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | | | | | | | | 1,762.67 |
| Account No. **4386-5503-3900-1018** | X | - | | | **12/2008**<br>**TC Enterprises, LLC** | | | X | |
| **Wachovia Bank, N.A.**<br>**Retail Credit Collections**<br>**123 S. Broad Street**<br>**Philadelphia, PA 19109** | | | | | | | | | 26,386.48 |

Sheet no. __26__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal
                                 (Total of this page)     76,261.85

In re   **Timothy A. Tadlock, Sr.**                  ,      Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 00000008033018620<br><br>Wachovia Bank, N.A.<br>C/O Elavon<br>7300 Chapman Highway<br>Knoxville, TN 37920 | X | - | | 2/28/2009<br>Executive Transportation Services, LLC | | | X | 49,760.24 |
| Account No. 012000034598625<br><br>Wachovia Bank, N.A.<br>C/O Alliance One<br>7311 Quality Circle<br>Anderson, IN 46013 | X | - | | 2/17/2009<br>Executive Transportation Services, LLC | | | X | 253.37 |
| Account No. 1001080000104829<br><br>Wachovia Bank, N.A.<br>C/O Internal Recovery<br>P.O. Box 2248<br>Jacksonville, FL 32203 | X | - | | 8/18/2008<br>Executive Transportation Services, LLC | | | X | 7,082.42 |
| Account No. 4386-5503-3028-4464<br><br>Wachovia Bank, N.A.<br>C/O Anthony Distasio, Esq<br>P.O. Box 461<br>Reading, PA 19603 | X | - | | 1/23/09<br>Executive Transportation Services, LLC | | | X | 75,176.39 |
| Account No. 5260002394063<br><br>Wachovia Mortgage, Fsb<br>Po Box 29544<br>Raleigh, NC 27626 | X | - | | Opened 12/01/93 Last Active 4/01/01<br>deficiency on foreclosure | | | | Unknown |

Sheet no. __27__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      132,272.42

In re  **Timothy A. Tadlock, Sr.**                                      ,     Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **13985521000000**<br><br>**Washington Mutual Home**<br>**324 W Evans St**<br>**Florence, SC 29501** | | - | **Opened 6/01/87 Last Active 8/01/02**<br>**VeteransAdministrationRealEstateMortgage** | | | | **Unknown** |
| Account No. **xxx-xx-0050**<br><br>**WLS International**<br>**11065 Sante Fe Stree N.**<br>**Jacksonville, FL 32246** | **X** | - | **Executive Transportation Services, LLC** | | | **X** | **27.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __28__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| | Subtotal<br>(Total of this page) | **27.00** |
| | Total<br>(Report on Summary of Schedules) | **2,893,148.63** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Timothy A. Tadlock, Sr.**                          ,     Case No. _____

                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**    \_\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                 Best Case Bankruptcy

.

In re    **Timothy A. Tadlock, Sr.**                     ,    Case No. _____

Debtor

<h1 align="center">SCHEDULE H - CODEBTORS</h1>

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **All Weather Aluminum**<br>**C/o Tim Tadlock**<br>**7749 Normandy Boulevard**<br>**Suite 145-333**<br>**Jacksonville, FL 32221** | **Chase**<br>**P.O. Box 15548**<br>**Wilmington, DE 19886** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **Stephen Danzig**<br>**c/o Lindsey C. Brock III,Esq**<br>**9995 Gate Parkway N., #190**<br>**Jacksonville, FL 32246** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **Barbara Whittington**<br>**c/o Kelly Hampton, Esq.**<br>**1605 King Street, Ste. B**<br>**Jacksonville, FL 32204** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **WLS International**<br>**11065 Sante Fe Stree N.**<br>**Jacksonville, FL 32246** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **Group ISO**<br>**18006 Sky PArk Circle**<br>**Suite 208**<br>**WY 82614** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **Safety-Kleen Corp**<br>**P.O. Box 650509**<br>**Dallas, TX 75265** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **CMI Legal Forwarding**<br>**P.O. Box 28851**<br>**Philadelphia, PA 19151** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **Advantage Funding**<br>**C/O David Ruttenberg**<br>**New York, NY 10016** |

**11**

\_\_\_\_ continuation sheets attached to Schedule of Codebtors

In re    **Timothy A. Tadlock, Sr.**                      ,       Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Executive Trans. Srvs, LLC<br>c/o Registered Agent<br>Sunseeker Investments, LLC<br>7749 Normandy Blvd., 245-333<br>Jacksonville, FL 32221 | Wachovia Bank<br>C/O Accounts Receivable Mana<br>P.O. Box 129<br>Thorofare, NJ 08086 |
| Executive Trans. Srvs, LLC<br>c/o Registered Agent<br>Sunseeker Investments, LLC<br>7749 Normandy Blvd., 245-333<br>Jacksonville, FL 32221 | Ford Cred<br>Po Box Box 542000<br>Omaha, NE 68154 |
| Executive Trans. Srvs, LLC<br>c/o Registered Agent<br>Sunseeker Investments, LLC<br>7749 Normandy Blvd., 245-333<br>Jacksonville, FL 32221 | Verizon<br>P.O. Box 920041<br>Dallas, TX 75392 |
| Executive Trans. Srvs, LLC<br>c/o Registered Agent<br>Sunseeker Investments, LLC<br>7749 Normandy Blvd., 245-333<br>Jacksonville, FL 32221 | Vystar Credit Union<br>Attn: Bankruptcy<br>Po Box 45085<br>Jacksonville, FL 32232 |
| Executive Trans. Srvs, LLC<br>c/o Registered Agent<br>Sunseeker Investments, LLC<br>7749 Normandy Blvd., 245-333<br>Jacksonville, FL 32221 | R.M.S.<br>55 Shuman Road<br>Naperville, IL 60566 |
| Executive Trans. Srvs, LLC<br>c/o Registered Agent<br>Sunseeker Investments, LLC<br>7749 Normandy Blvd., 245-333<br>Jacksonville, FL 32221 | Aramark<br>5698 Commonwealth Avenue<br>Jacksonville, FL 32254 |
| Executive Trans. Srvs, LLC<br>c/o Registered Agent<br>Sunseeker Investments, LLC<br>7749 Normandy Blvd., 245-333<br>Jacksonville, FL 32221 | Wachovia Bank, N.A.<br>C/O Elavon<br>7300 Chapman Highway<br>Knoxville, TN 37920 |
| Executive Trans. Srvs, LLC<br>c/o Registered Agent<br>Sunseeker Investments, LLC<br>7749 Normandy Blvd., 245-333<br>Jacksonville, FL 32221 | Wachovia Bank, N.A.<br>C/O Alliance One<br>7311 Quality Circle<br>Anderson, IN 46013 |
| Executive Trans. Srvs, LLC<br>c/o Registered Agent<br>Sunseeker Investments, LLC<br>7749 Normandy Blvd., 245-333<br>Jacksonville, FL 32221 | Wachovia Bank, N.A.<br>C/O Internal Recovery<br>P.O. Box 2248<br>Jacksonville, FL 32203 |

Sheet  **1**  of  **11**  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037               Best Case Bankruptcy

In re    **Timothy A. Tadlock, Sr.**                                                    , Case No. _____

                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **Wachovia Bank**<br>**507 Prudential Road**<br>**Horsham, PA 19044** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **Wachovia Bank, N.A.**<br>**C/O Anthony Distasio, Esq**<br>**P.O. Box 461**<br>**Reading, PA 19603** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **Authorize.Net**<br>**808 East Utah Valley Drive**<br>**American Fork, UT 84003** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **American Express**<br>**P.O. Box 360001**<br>**Fort Lauderdale, FL 33336** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **Staples**<br>**C/O Hugh Blanton, Esq.**<br>**233 East Bay Street**<br>**Suite 1028**<br>**Jacksonville, FL 32202** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **ABC Companies**<br>**P.O. Box 1450**<br>**Minneapolis, MN 55485** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **City of Orlando**<br>**P.O. Box 545100**<br>**Orlando, FL 32854** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **Fleet One Transplatinum**<br>**C/O Ralph Marcadis, Esq.**<br>**5401 S. Westshore Boulevard**<br>**Tampa, FL 33611** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **Solantic Urgent Care**<br>**P. O. Box 403959**<br>**Atlanta, GA 30384** |

Sheet __2__ of __11__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Timothy A. Tadlock, Sr.**                                     ,    Case No. _____

                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **North Florida Lubes, Inc.**<br>**P.O. Box 24300**<br>**Jacksonville, FL 32241** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **Navistar Financial**<br>**P.O. Box  96070**<br>**Chicago, IL 60693** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **U.S. Bank**<br>**Collections Department**<br>**13010 S.W. 68th Parkway**<br>**Suite 100**<br>**Portland, OR 97223** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **Conner Hubbard & Company, LL**<br>**1106 Park Avenue**<br>**Orange Park, FL 32073** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **Jacksonville Aviation Author**<br>**P.O. Box 18018**<br>**Jacksonville, FL 32229** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **Holland & Knight, LLP**<br>**P.O. Box 864084**<br>**Orlando, FL 32886** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **All American Publishing**<br>**P.O. Box 100**<br>**Caldwell, ID 83606** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **Great American Leasing**<br>**625 First Street S.E.**<br>**Suite 800**<br>**Cedar Rapids, IA 52401** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **Fleetmatics USA, Inc**<br>**C/O Transworld Systems, Inc**<br>**5601 Mariner Street**<br>**#475**<br>**Tampa, FL 33609** |

Sheet  **3**  of  **11**  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Timothy A. Tadlock, Sr.**                                                    ,    Case No. _____

                                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **TW Telecom**<br>**Attn: TW Telecom**<br>**1700 Lincoln Street**<br>**Lower Level 3**<br>**Denver, CO 80274** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **Smile Gas**<br>**914 Atlantic Avenue**<br>**Suite 1D**<br>**Fernandina Beach, FL 32034** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **Advance Disposal**<br>**P.O. Box 24239**<br>**Jacksonville, FL 32241** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **Fabulous Coach Lines**<br>**P.O. Box 214**<br>**Branford, FL 32008** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **Visa Card Services**<br>**7136 South Yale**<br>**Suite 304**<br>**Tulsa, OK 74136** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **Admin 2000, Inc**<br>**780 deltona Boulevard**<br>**Suite 201**<br>**Deltona, FL 32725** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **Chase**<br>**P.O. Box 15548**<br>**Wilmington, DE 19886** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **Sprint**<br>**PO Box 4191**<br>**Carol Stream, IL 60197-4191** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **First Insurance Funding Corp**<br>**P.O. Box 66468**<br>**Chicago, IL 60666** |

Sheet   __4__   of   __11__   continuation sheets attached to the Schedule of Codebtors

In re    **Timothy A. Tadlock, Sr.**                                                    ,    Case No. _____

                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **Trailer Leasing Company**<br>**2733 Pickettville Road**<br>**Jacksonville, FL 32220** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **Banner Towing & Tranport**<br>**DBA: Allen's Towing**<br>**29654 Philips Highway**<br>**Jacksonville, FL 32207** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **Guarantee Insurance Company**<br>**401 East Las Olas Boulevard**<br>**Suite 1540**<br>**Fort Lauderdale, FL 33301** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **Derrek Wilcoxen**<br>**c/o Bernanrd R. Mazaheri,Esq**<br>**20 N. Orange Ave.**<br>**PO Box 4979**<br>**Orlando, FL 32802** |
| **Executive Trans. Srvs, LLC**<br>**c/o Registered Agent**<br>**Sunseeker Investments, LLC**<br>**7749 Normandy Blvd., 245-333**<br>**Jacksonville, FL 32221** | **Elavon, Inc**<br>**C/O The Dye Law Firm**<br>**236 East 5th Avenue**<br>**Tallahassee, FL 32315** |
| **First Coast Excursions, LLC**<br>**c/o Registered Agent**<br>**James Kallaher**<br>**151 College Drive, Ste. 5**<br>**Orange Park, FL 32065** | **Stephen Danzig**<br>**c/o Lindsey C. Brock III,Esq**<br>**9995 Gate Parkway N., #190**<br>**Jacksonville, FL 32246** |
| **First Coast Excursions, LLC**<br>**c/o Registered Agent**<br>**James Kallaher**<br>**151 College Drive, Ste. 5**<br>**Orange Park, FL 32065** | **Skipperline Industries, Inc.**<br>**c/o Kara Burgos, Esq.**<br>**201 Main Street, Ste. 700**<br>**La Crosse, WI 54602** |
| **First Coast Excursions, LLC**<br>**c/o Registered Agent**<br>**James Kallaher**<br>**151 College Drive, Ste. 5**<br>**Orange Park, FL 32065** | **Aramark**<br>**5698 Commonwealth Avenue**<br>**Jacksonville, FL 32254** |

Sheet __5__ of __11__ continuation sheets attached to the Schedule of Codebtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **First Coast Excursions, LLC**<br>**c/o Registered Agent**<br>**James Kallaher**<br>**151 College Drive, Ste. 5**<br>**Orange Park, FL 32065** | **Community Credit Union**<br>**C/O Main Street Law Office**<br>**504 Main Street**<br>**Suite 200**<br>**La Crosse, WI 54602** |
| **James Kallaher**<br>**C/O First Coast Excursions**<br>**500-18 Highway 17**<br>**Suite 315**<br>**Orange Park, FL 32003** | **Community Credit Union**<br>**C/O Main Street Law Office**<br>**504 Main Street**<br>**Suite 200**<br>**La Crosse, WI 54602** |
| **Julie A. Tadlock**<br>**559 Cody Drive**<br>**Orange Park, FL 32073** | **Navy Federal Credit Union**<br>**P.O. Box 3000**<br>**Merrifield, VA 22119** |
| **Kennth M. Tuenge**<br>**403 UPPER 8TH AVE S**<br>**Jacksonville Beach, FL 32250** | **Wachovia Mortgage, Fsb**<br>**Po Box 29544**<br>**Raleigh, NC 27626** |
| **Leslie Tuenge**<br>**403 UPPER 8TH AVE S**<br>**Jacksonville Beach, FL 32250** | **Wachovia Mortgage, Fsb**<br>**Po Box 29544**<br>**Raleigh, NC 27626** |
| **Michael Thompson**<br>**unknown** | **Barbara Whittington**<br>**c/o Kelly Hampton, Esq.**<br>**1605 King Street, Ste. B**<br>**Jacksonville, FL 32204** |
| **Mike Ciccone**<br>**1032 Magnolia Landing Drive**<br>**Atlantic Beach, FL 32233** | **Navy Federal Credit Union**<br>**P.O. Box 3000**<br>**Merrifield, VA 22119** |
| **Sunseeker Investments, Inc.**<br>**c/o Statutory Agent**<br>**Tim Tadlock**<br>**PO Box 8418**<br>**Fleming Island, FL 32006** | **The Jacksonville Bank**<br>**c/o Michael R. Freed, Esq.**<br>**Brennan, Manna, Diamond, P.L**<br>**800 W. Monroe Street**<br>**Jacksonville, FL 32202** |
| **Sunseeker Investments, Inc.**<br>**c/o Statutory Agent**<br>**Tim Tadlock**<br>**PO Box 8418**<br>**Fleming Island, FL 32006** | **Double Eagle Investments,LLC**<br>**c/o Raymond Joseph, Esq.**<br>**4035 Atlantic Blvd.**<br>**Jacksonville, FL 32207** |
| **Sunseeker Investments, Inc.**<br>**c/o Statutory Agent**<br>**Tim Tadlock**<br>**PO Box 8418**<br>**Fleming Island, FL 32006** | **Richard G. Miller**<br>**c/o Mary Scott, Esq.**<br>**4035 Atlantic Blvd.**<br>**Jacksonville, FL 32207**<br>   **sun** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

In re    **Timothy A. Tadlock, Sr.**                                ,       Case No. _____

_____
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Sunseeker Investments, Inc.**<br>**c/o Statutory Agent**<br>**Tim Tadlock**<br>**PO Box 8418**<br>**Fleming Island, FL 32006** | **Enterprise Maintenance**<br>**and Contracting, Inc.**<br>**c/o Jonathan Smith, Esq.**<br>**810 Margaret Street**<br>**Jacksonville, FL 32204** |
| **Sunseeker Investments, Inc.**<br>**c/o Statutory Agent**<br>**Tim Tadlock**<br>**PO Box 8418**<br>**Fleming Island, FL 32006** | **Joe Risco**<br>**c/o Jonathan Smith, Esq.**<br>**810 Margaret Str**<br>**Jacksonville, FL 32204** |
| **Sunseeker Investments, Inc.**<br>**c/o Statutory Agent**<br>**Tim Tadlock**<br>**PO Box 8418**<br>**Fleming Island, FL 32006** | **Bill Hiscock**<br>**c/o Jonathan Smith, Esq.**<br>**810 Margaret Street**<br>**Jacksonville, FL 32204** |
| **Sunseeker Investments, Inc.**<br>c/o Statutory Agent<br>**Tim Tadlock**<br>PO Box 8418<br>**Fleming Island, FL 32006** | **American Express**<br>**P.O. Box 360002**<br>**Fort Lauderdale, FL 33336-0002** |
| **Sunseeker Investments, Inc.**<br>c/o Statutory Agent<br>**Tim Tadlock**<br>PO Box 8418<br>**Fleming Island, FL 32006** | **American Express**<br>**4315 South 2700 West**<br>**UT 84814** |
| **Sunseeker Investments, Inc.**<br>c/o Statutory Agent<br>**Tim Tadlock**<br>PO Box 8418<br>**Fleming Island, FL 32006** | **Clarson & Associates**<br>**1643 Naldo Avenue**<br>**Jacksonville, FL 32207** |
| **Sunseeker Investments, Inc.**<br>c/o Statutory Agent<br>**Tim Tadlock**<br>PO Box 8418<br>**Fleming Island, FL 32006** | **Wachovia Bank, N.A.**<br>**Business Equity Line of Cred**<br>**P.O. Box 96074**<br>**Charlotte, NC 28296** |
| **Sunseeker Investments, Inc.**<br>c/o Statutory Agent<br>**Tim Tadlock**<br>PO Box 8418<br>**Fleming Island, FL 32006** | **JEA**<br>**21 West Church Street**<br>**Jacksonville, FL 32202-3139** |
| **TC Enterprises, LLC**<br>**c/o Statutory Agent**<br>**Sunkeer Investments, LLC**<br>**7749 Normandy Blvd., 145-333**<br>**Jacksonville, FL 32221** | **Chris Hiondes**<br>**c/o Mary C. Sorrell, Esq.**<br>**PO Box 330108**<br>**Atlantic Beach, FL 32233** |

Sheet __7__ of __11__ continuation sheets attached to the Schedule of Codebtors

In re    **Timothy A. Tadlock, Sr.**                                                              ,    Case No. _____
                                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| TC Enterprises, LLC<br>c/o Statutory Agent<br>Sunkeer Investments, LLC<br>7749 Normandy Blvd., 145-333<br>Jacksonville, FL 32221 | Pesco<br>P.O. Box 960<br>Winter Haven, FL 33882 |
| TC Enterprises, LLC<br>c/o Statutory Agent<br>Sunkeer Investments, LLC<br>7749 Normandy Blvd., 145-333<br>Jacksonville, FL 32221 | Lease Corporation of America<br>3150 Livernois Road<br>Suite 300<br>Troy, MI 48083 |
| TC Enterprises, LLC<br>c/o Statutory Agent<br>Sunkeer Investments, LLC<br>7749 Normandy Blvd., 145-333<br>Jacksonville, FL 32221 | Wachovia Bank, N.A.<br>Retail Credit Collections<br>123 S. Broad Street<br>Philadelphia, PA 19109 |
| TC Enterprises, LLC<br>c/o Statutory Agent<br>Sunkeer Investments, LLC<br>7749 Normandy Blvd., 145-333<br>Jacksonville, FL 32221 | Dolphin Capital<br>C/O Wayne Schirmer<br>630 North Morley, Ste. 110-A<br>Moberly, MO 65270 |
| TC Enterprises, LLC<br>c/o Statutory Agent<br>Sunkeer Investments, LLC<br>7749 Normandy Blvd., 145-333<br>Jacksonville, FL 32221 | Colson Services Corp.<br>P.O. Box 942<br>Bowling Green Station<br>New York, NY 10274 |
| TC Enterprises, LLC<br>c/o Statutory Agent<br>Sunkeer Investments, LLC<br>7749 Normandy Blvd., 145-333<br>Jacksonville, FL 32221 | Bank Of America<br>Attn: Bankruptcy NC4-105-02-77<br>Po Box 26012<br>Greensboro, NC 27410 |
| TC Enterprises, LLC<br>c/o Statutory Agent<br>Sunkeer Investments, LLC<br>7749 Normandy Blvd., 145-333<br>Jacksonville, FL 32221 | A T&T<br>C/O ALPAT Company, Inc.<br>P.O. Box 1689<br>Slidell, LA 70459 |
| TC Enterprises, LLC<br>c/o Statutory Agent<br>Sunkeer Investments, LLC<br>7749 Normandy Blvd., 145-333<br>Jacksonville, FL 32221 | Jacksonville Sheriff's Offic<br>Alarm Office, Room 216B<br>501 East Bay Street<br>Jacksonville, FL 32202 |
| TC Enterprises, LLC<br>c/o Statutory Agent<br>Sunkeer Investments, LLC<br>7749 Normandy Blvd., 145-333<br>Jacksonville, FL 32221 | Ferrell Gas<br>P.O. Box 1003<br>Liberty, MO 64069 |

Sheet __8__ of __11__ continuation sheets attached to the Schedule of Codebtors

In re    **Timothy A. Tadlock, Sr.**                                                              Case No. _____

                                                                            ,
                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **TC Enterprises, LLC**<br>**c/o Statutory Agent**<br>**Sunkeer Investments, LLC**<br>**7749 Normandy Blvd., 145-333**<br>**Jacksonville, FL 32221** | **Southland Waste Systems**<br>**8619 Western Way**<br>**Jacksonville, FL 32256** |
| **TC Enterprises, LLC**<br>**c/o Statutory Agent**<br>**Sunkeer Investments, LLC**<br>**7749 Normandy Blvd., 145-333**<br>**Jacksonville, FL 32221** | **Accelerated Receivables**<br>**3219 Atlantic Boulevard**<br>**Jacksonville, FL 32207** |
| **TC Enterprises, LLC**<br>**c/o Statutory Agent**<br>**Sunkeer Investments, LLC**<br>**7749 Normandy Blvd., 145-333**<br>**Jacksonville, FL 32221** | **Bank Of America**<br>**Attn: Bankruptcy NC4-105-02-77**<br>**Po Box 26012**<br>**Greensboro, NC 27410** |
| **TC Enterprises, LLC**<br>**c/o Statutory Agent**<br>**Sunkeer Investments, LLC**<br>**7749 Normandy Blvd., 145-333**<br>**Jacksonville, FL 32221** | **Dick's Wings**<br>**C/O Shanna Chevalier, Esq.**<br>**8834 Goodby's Executive Dr.**<br>**Jacksonville, FL 32217** |
| **TC Enterprises, LLC**<br>**c/o Statutory Agent**<br>**Sunkeer Investments, LLC**<br>**7749 Normandy Blvd., 145-333**<br>**Jacksonville, FL 32221** | **Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL 33329** |
| **TC Enterprises, LLC**<br>**c/o Statutory Agent**<br>**Sunkeer Investments, LLC**<br>**7749 Normandy Blvd., 145-333**<br>**Jacksonville, FL 32221** | **City of Atlantic Beach**<br>**800 Seminole Road**<br>**Atlantic Beach, FL 32233** |
| **TC Enterprises, LLC**<br>**c/o Statutory Agent**<br>**Sunkeer Investments, LLC**<br>**7749 Normandy Blvd., 145-333**<br>**Jacksonville, FL 32221** | **Teco Gas**<br>**P.O. Box 31017**<br>**Tampa, FL 33631** |
| **TC Enterprises, LLC**<br>**c/o Statutory Agent**<br>**Sunkeer Investments, LLC**<br>**7749 Normandy Blvd., 145-333**<br>**Jacksonville, FL 32221** | **A-1 Waste Management**<br>**7300 Imeson Road**<br>**Jacksonville, FL 32219** |
| **TC Enterprises, LLC**<br>**c/o Statutory Agent**<br>**Sunkeer Investments, LLC**<br>**7749 Normandy Blvd., 145-333**<br>**Jacksonville, FL 32221** | **Direct TV**<br>**c/o CBE Group, Inc.**<br>**131 Tower Park Drive**<br>**Suite 100**<br>**Waterloo, IA 50701** |

Sheet __9__ of __11__ continuation sheets attached to the Schedule of Codebtors

In re    **Timothy A. Tadlock, Sr.**                                                    , Case No. _____

                                                          Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **TC Enterprises, LLC**<br>**c/o Statutory Agent**<br>**Sunkeer Investments, LLC**<br>**7749 Normandy Blvd., 145-333**<br>**Jacksonville, FL 32221** | **ASAP Plumbing**<br>**P.O. Box 48070**<br>**Jacksonville, FL 32247** |
| **TC Enterprises, LLC**<br>**c/o Statutory Agent**<br>**Sunkeer Investments, LLC**<br>**7749 Normandy Blvd., 145-333**<br>**Jacksonville, FL 32221** | **Jax Ice Machines**<br>**5849 Commonwealth Avenue**<br>**Jacksonville, FL 32254** |
| **TC Enterprises, LLC**<br>**c/o Statutory Agent**<br>**Sunkeer Investments, LLC**<br>**7749 Normandy Blvd., 145-333**<br>**Jacksonville, FL 32221** | **Go Mini's**<br>**6982 Highway Avenue**<br>**Jacksonville, FL 32254** |
| **TC Enterprises, LLC**<br>**c/o Statutory Agent**<br>**Sunkeer Investments, LLC**<br>**7749 Normandy Blvd., 145-333**<br>**Jacksonville, FL 32221** | **Rewards Network**<br>**2 N. Riverside PLaza**<br>**Suite 950**<br>**Chicago, IL 60606** |
| **TC Enterprises, LLC**<br>**c/o Statutory Agent**<br>**Sunkeer Investments, LLC**<br>**7749 Normandy Blvd., 145-333**<br>**Jacksonville, FL 32221** | **Financial Pacific**<br>**3455 S. 344th Way**<br>**Suite 300**<br>**Auburn, WA 98001** |
| **TC Enterprises, LLC**<br>**c/o Statutory Agent**<br>**Sunkeer Investments, LLC**<br>**7749 Normandy Blvd., 145-333**<br>**Jacksonville, FL 32221** | **Massey Services, Inc**<br>**P.O. Box 547668**<br>**Orlando, FL 32854** |
| **TC Enterprises, LLC**<br>**c/o Statutory Agent**<br>**Sunkeer Investments, LLC**<br>**7749 Normandy Blvd., 145-333**<br>**Jacksonville, FL 32221** | **Sprint**<br>**PO Box 4191**<br>**Carol Stream, IL 60197-4191** |
| **TC Enterprises, LLC**<br>**c/o Statutory Agent**<br>**Sunkeer Investments, LLC**<br>**7749 Normandy Blvd., 145-333**<br>**Jacksonville, FL 32221** | **NuCo2, LLC**<br>**P.O. Box 9011**<br>**Stuart, FL 34995** |
| **TC Enterprises, LLC**<br>**c/o Statutory Agent**<br>**Sunkeer Investments, LLC**<br>**7749 Normandy Blvd., 145-333**<br>**Jacksonville, FL 32221** | **Cintas Corp**<br>**5863 W. Beaver Street**<br>**Jacksonville, FL 32254** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

In re    **Timothy A. Tadlock, Sr.**    ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **TC Enterprises, LLC**<br>**c/o Statutory Agent**<br>**Sunkeer Investments, LLC**<br>**7749 Normandy Blvd., 145-333**<br>**Jacksonville, FL 32221** | **Comcast**<br>**P.O. Box 530098**<br>**Atlanta, GA 30353-0098** |
| **TC Enterprises, LLC**<br>**c/o Statutory Agent**<br>**Sunkeer Investments, LLC**<br>**7749 Normandy Blvd., 145-333**<br>**Jacksonville, FL 32221** | **Coca Cola**<br>**P. O. Box 102499**<br>**Atlanta, GA 30368** |
| **TC Enterprises, LLC**<br>**c/o Statutory Agent**<br>**Sunkeer Investments, LLC**<br>**7749 Normandy Blvd., 145-333**<br>**Jacksonville, FL 32221** | **ADT Security Services**<br>**C/O SKO Brenner**<br>**P.O. Box 9320**<br>**Baldwin, NY 11510** |
| **TC Enterprises, LLC**<br>**c/o Statutory Agent**<br>**Sunkeer Investments, LLC**<br>**7749 Normandy Blvd., 145-333**<br>**Jacksonville, FL 32221** | **Transworld Systems, Inc**<br>**9525 Sweet Valley Drive**<br>**Cleveland, OH 44125** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re __**Timothy A. Tadlock, Sr.**_____   Case No. _____

Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Pilot** | |
| Name of Employer | **American Airlines** | |
| How long employed | **19 years** | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **10,000.00** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **10,000.00** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | **2,600.00** | $ | **N/A** |
|     b. Insurance | $ | **150.00** | $ | **N/A** |
|     c. Union dues | $ | **150.00** | $ | **N/A** |
|     d. Other (Specify)   **See Detailed Income Attachment** | $ | **1,508.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **4,408.00** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **5,592.00** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **N/A** |
| 8. Income from real property | $ | **864.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **N/A** |
| 11. Social security or government assistance (Specify): _____ | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income (Specify): _____ | $ | **0.00** | $ | **N/A** |
| _____ | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **864.00** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **6,456.00** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | **6,456.00** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**$734 - 401(k) loan ceases in September, 2009.**

In re **Timothy A. Tadlock, Sr.**                                    Case No. _____

_____
Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Detailed Income Attachment

**Other Payroll Deductions:**

| | | |
|---|---|---|
| **401(k) loan** | $ **1,323.00** | $ **N/A** |
| **Travel expense** | $ **50.00** | $ **N/A** |
| **Health Ins.** | $ **10.00** | $ **N/A** |
| **Suppl. Ins.** | $ **125.00** | $ **N/A** |
| **Total Other Payroll Deductions** | $ **1,508.00** | $ **N/A** |

In re   **Timothy A. Tadlock, Sr.**                                           Case No. _____
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 2,000.00 |
| a. Are real estate taxes included?   Yes ___   No **X** | | |
| b. Is property insurance included?   Yes ___   No **X** | | |
| 2. Utilities:   a. Electricity and heating fuel | | $ 0.00 |
|       b. Water and sewer | | $ 0.00 |
|       c. Telephone | | $ 0.00 |
|       d. Other  **Internet** | | $ 50.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 0.00 |
| 4. Food | | $ 450.00 |
| 5. Clothing | | $ 200.00 |
| 6. Laundry and dry cleaning | | $ 30.00 |
| 7. Medical and dental expenses | | $ 25.00 |
| 8. Transportation (not including car payments) | | $ 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 151.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|       a. Homeowner's or renter's | | $ 0.00 |
|       b. Life | | $ 0.00 |
|       c. Health | | $ 0.00 |
|       d. Auto | | $ 200.00 |
|       e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|       (Specify) | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|       a. Auto | | $ 500.00 |
|       b. Other | | $ 0.00 |
|       c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 2,000.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other   **Haircuts** | | $ 20.00 |
|       Other   **Auto Maint.** | | $ 30.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 5,856.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    **None.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ 6,456.00 |
| b. | Average monthly expenses from Line 18 above | $ 5,856.00 |
| c. | Monthly net income (a. minus b.) | $ 600.00 |

# United States Bankruptcy Court
## Middle District of Florida

In re    **Timothy A. Tadlock, Sr.**                           Case No. _____

                                        Debtor(s)             Chapter     **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **58**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 27, 2009**                 Signature    **/s/ Timothy A. Tadlock, Sr.**

                                                    **Timothy A. Tadlock, Sr.**

                                                    Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Timothy A. Tadlock, Sr.**                           Case No.     _____

                                            Debtor(s)         Chapter     **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$82,606.12** | **2009 YTD Income from employment** |
| **$119,362.22** | **2008 Income from employment** |
| **$113,665.00** | **2007 Income from employment** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Chris Hiondes v. TC Enterprises, LLC, et al. Case No. 2009-CA-426** | **Collection - breach of lease** | **Duval County Circuit Court** | **Judgment** |
| **The Jacksonville Bank v. Sunseker Investments, LLC, et al. - Case No. 2009-CA-002243** | **Foreclosure/Collection** | **Duval County Circuit Court** | **Pending** |
| **Kenneth Murphy Tuenge v. Timothy Alan Tadlock - Case No. 16-2008-CA-09657** | **Collection** | **Duval County Circuit Court** | **Judgment** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Stephen Danzig v. First Coast Excusions, LLC, et al. - Case No. 16-2008-CA-007379** | **breach of contract** | **Duval County Circuit Court** | **Pending** |
| **Double Eagle Investments, LLC v. Sunseeker Investments, LLC, et al - Case No. 16-2009-CA0008490** | **Collection** | **Duval County Circuit Court** | **Pending** |
| **Richard Miller v. Sunseeker Investments, Inc., et al. - Case No. 16-2009-CA-008489** | **Collection** | **Duval County Circuit Court** | **Pending** |
| **VyStar Credit Union v. Debtor - Case No. 16-2009-CA-008054** | **Collection** | **Duval County Circuit Court** | **Pending** |
| **Navy Federal Credit Union v. Timothy A. Tadlock, et al. - Case No. 16-2009-CA-004838** | **Foreclosure** | **Duval County Circuit Court** | **Pending** |
| **Enterprise Maintenance and Contracting, Inc., v. Timothy Tadlock, et al. - Case No. 16-2008-CA-014286** | **Collection** | **Duval County Circuit Court** | **Pending** |
| **Barbara Whittington v. Timothy Tadlock, et.al. - Case No. 16-2008-CA-008191** | **Collection** | **Duval County Circuit Court** | **Pending** |
| **Wachovia Mortage Corp. v. Leslie Tuenge, et al. - Case No. - 16-2007-CA-012293** | **foreclosure** | **Duval County Circuit Court** | **Judgment** |
| **Buchanon Petroleum v. Tim Tadlock - Case No. 45-2009-SC-177** | **Collection** | **Nassau Co. Circuit Court** | **Pending** |
| **Skipperliner Industries Inc. v. Timoty A. Tadlock, et al. - Case No. 2009-CV-490** | **Collection** | **LaCrosse County Wisconsin Circuit Court** | **Pending** |
| **Derrek Wilcoxen, et al. v. Executive Transportation Services, LLC, et al. - Case No. - -CV--HES-MCR** | **Collection of alleged unpaid wages** | **United States District Court, Middle District of Florida, Jacksonville Division** | **Pending** |
| **Elavon, Inc. v. First Coast Excusions, LLC et al. - Case No. 2009-CA-012562** | **Collection** | **Duval County Circuit Court** | **pending** |
| **Port Consolodated, Inc. v. First Coast Excursions, LLC - Case No. 09-01353** | **Collection** | **County Court Broward County** | **pending** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Wilmington Truat Co.** <br> **1100 N. Market Street** <br> **Wilmington, DE 19890** | **7/2009** | **1973 Chris Craft Boat - $10,000.00** |
| **Ford Motor Corporation** <br> **National Bankruptcy Center** <br> **P.O.Box 537901** <br> **Livonia, MI 48153** | **01/2009** | **2007 Lincoln Mark LT - $20,000** |
| **Wachovia Bank** <br> **507 Prudential Road** <br> **Horsham, PA 19044** | **07/2009** | **Real property located at 882 13th Avnue S., Jacksonville, Beach, FL 32250 - $200,000** |

### 6. Assignments and receiverships

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Johnson Law Firm P.A<br>300 West Adams Street<br>Suite 350<br>Jacksonville, FL 32202** | **08/2009** | **$10,000.00** |

**10. Other transfers**

None ☐   a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Bill Hiscock<br>c/o Jonathan Smith, Esq.<br>810 Margaret Street<br>Jacksonville, FL 32204<br>  Business partner** | **9/2008** | **Debtor transferred 2% interest in Enterprise Maintenence and Contracting, Inc. to Bill Hiscock for $10.00.** |

None ■   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Wachovia Bank<br>1601 North Main Street<br>Jacksonville, FL 32206** | **checking - 0050 - $0.00** | **01/2009 $0.00** |
| **Apa Federal Credit Union<br>387 Shumna Blvd, Ste. 290e<br>Naperville, IL 60563** | **checking & savings - 0050  -$0.00** | **$0.00 - 07/2009** |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **SeaFarers Marina<br>455 Trout River Dr<br>Jacksonville, FL 32208-4253** | **Same** | **2005 - 2008** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

| None ■ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law: |
|---|---|

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

| None ■ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |
|---|---|

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

| None ■ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |
|---|---|

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

| None ☐ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |
|---|---|

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Sunseeker Investments, LLC** | **03-0491914** | **PO Box 8418 Fleming Island, FL 32006** | **Investment company** | **11/2002 to present** |
| **Sunseeker Real Estate, LLC** | **N/A** | | **Never operated** | **09/2008 to 09/2008** |
| **Executive Acquisitions, Inc** | **26-0180607** | **PO Box 4049** | **Holding  company** | **5/2007 to present** |
| **TC Enterpises, LLC** | **90-0065383** | | **Restaraunt** | **4/2003 to 8/2008** |
| **Sunseeker Entertainment, LLC** | **26-0068590** | | **Entertainment.** | **7/2003 to 1/2004** |
| **Executive Resource Management** | **87-0800329** | | **Service** | **4/2007 to 7/2008** |
| **Executive Transportation Serv** | **87-0800324** | | **Shuttle Service** | **4/2007 to 7/2008** |
| **Executive Fleet Services** | **26-2219309** | | **Fleet** | **3/2008 to 1/2009** |
| **Executive Trans. and Tours** | **26-2624937** | | **Shuttle** | **5/2008 to 1/2009** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Enterprise Maintenance & Contracting** | **64-0950052** | **Inc.** | **Maintenance** | **2/2007 to current** |
| **First Coast Excursions, LLC** | **65-1319063** | | **Dinner cruise** | **9/2007 to current** |

None     b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                         ADDRESS

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

     *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                              DATES SERVICES RENDERED

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                    ADDRESS                  DATES SERVICES RENDERED

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                  ADDRESS

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                              DATE ISSUED

**Jacksonville Bank**
**100 North Laura Street**
**Jacksonville, FL 32202**

**Wachovia Bank**
**507 Prudential Road**
**Horsham, PA 19044**

**20. Inventories**

None
☒   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
☒   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
☒   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☒   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
☒   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☒   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☒   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
☒   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **August 27, 2009**           Signature **/s/ Timothy A. Tadlock, Sr.**

**Timothy A. Tadlock, Sr.**
Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. <u>Services Available from Credit Counseling Agencies</u>

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. <u>The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors</u>

### <u>Chapter 7</u>: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### <u>Chapter 13</u>: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Eugene H. Johnson 0032105 | X /s/ Eugene H. Johnson | August 27, 2009 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**300 W. Adams Street, Suite 350**
**Jacksonville, FL 32202**
**904-652-2400**
**ehj@johnsonlawpa.com**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Timothy A. Tadlock, Sr. | X /s/ Timothy A. Tadlock, Sr. | August 27, 2009 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) | X | |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Middle District of Florida

In re    **Timothy A. Tadlock, Sr.**            Case No. _____

                             Debtor(s)      Chapter    **11** _____

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **August 27, 2009**            **/s/ Timothy A. Tadlock, Sr.** _____

                                           **Timothy A. Tadlock, Sr.**

                                           Signature of Debtor

| | | |
|---|---|---|
| Timothy A. Tadlock, Sr.<br>PO Box 8418<br>Fleming Island, FL 32006 | Advance Disposal<br>P.O. Box 24239<br>Jacksonville, FL 32241 | American Express<br>P.O. Box 360002<br>Fort Lauderdale, FL 33336 |
| Eugene H. Johnson<br>Johnson Law Firm, PA<br>300 W. Adams Street, Suite 350<br>Jacksonville, FL 32202 | Advantage Funding<br>C/O David Ruttenberg<br>New York, NY 10016 | American Express<br>P.O. Box 360002<br>Fort Lauderdale, FL 33336-0002 |
| A T&T<br>C/O ALPAT Company, Inc.<br>P.O. Box 1689<br>Slidell, LA 70459 | All American Publishing<br>P.O. Box 100<br>Caldwell, ID 83606 | American Express<br>4315 South 2700 West<br>UT 84814 |
| A-1 Waste Management<br>7300 Imeson Road<br>Jacksonville, FL 32219 | All Weather Aluminum<br>C/o Tim Tadlock<br>7749 Normandy Boulevard<br>Suite 145-333<br>Jacksonville, FL 32221 | Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329 |
| ABC Companies<br>P.O. Box 1450<br>Minneapolis, MN 55485 | All Weather Contractors<br>5151 Sunbeam Road<br>Jacksonville, FL 32257 | Amex<br>Pob 2855<br>New York, NY 10116 |
| Accelerated Receivables<br>3219 Atlantic Boulevard<br>Jacksonville, FL 32207 | Allied First Bank<br>387 Shuman Blvd Ste 120e<br>Naperville, IL 60563 | Aramark<br>5698 Commonwealth Avenue<br>Jacksonville, FL 32254 |
| ACN<br>P.O. Box 650384<br>Dallas, TX 75265 | Allied First Bank<br>387 Shuman Ste 120 W<br>Naperville, IL 60563 | ASAP Plumbing<br>P.O. Box 48070<br>Jacksonville, FL 32247 |
| Admin 2000, Inc<br>780 deltona Boulevard<br>Suite 201<br>Deltona, FL 32725 | American Express<br>P.O. Box 360001<br>Fort Lauderdale, FL 33336 | Authorize.Net<br>808 East Utah Valley Drive<br>American Fork, UT 84003 |
| ADT Security Services<br>C/O SKO Brenner<br>P.O. Box 9320<br>Baldwin, NY 11510 | American Express<br>C/O GC Services Limited<br>6330 Gulfton<br>Houston, TX 77081 | Bank Of America<br>Attn: Bankruptcy NC4-105-02-77<br>Po Box 26012<br>Greensboro, NC 27410 |

Bank Of America
4161 Piedmont Pkwy
Greensboro, NC 27410

Banner Towing & Tranport
DBA: Allen's Towing
29654 Philips Highway
Jacksonville, FL 32207

Barbara Whittington
c/o Kelly Hampton, Esq.
1605 King Street, Ste. B
Jacksonville, FL 32204

Bill Hiscock
c/o Jonathan Smith, Esq.
810 Margaret Street
Jacksonville, FL 32204

Bronson & Migliaccio, LLP
220 Fletcher Avenue
5th Floor
Fort Lee, NJ 07024

Buchanon Petroleum
c/o Registered Agent
Clayton Buchanon
1854 Highland Drive
Fernandina Beach, FL 32034

Carline Mildor, Esq.
2901 Stirling Road, Ste.300
Fort Lauderdale, FL 33312

Chase
Po Box 15298
Wilmington, DE 19850

Chase
P.O. Box 15548
Wilmington, DE 19886

Chris Hiondes
c/o Mary C. Sorrell, Esq.
PO Box 330108
Atlantic Beach, FL 32233

Cintas Corp
5863 W. Beaver Street
Jacksonville, FL 32254

City of Atlantic Beach
800 Seminole Road
Atlantic Beach, FL 32233

City of Jacksonville
C/O Law Enforcement Systems
P.O. box 1348
Room 130
Long Island City, NY 11101

City of Orlando
P.O. Box 545100
Orlando, FL 32854

Clarson & Associates
1643 Naldo Avenue
Jacksonville, FL 32207

CMI Legal Forwarding
P.O. Box 28851
Philadelphia, PA 19151

Coca Cola
P. O. Box 102499
Atlanta, GA 30368

Collection
Attn: Bankrutpcy Department
Po Box 10587
Greenville, SC 29603

Colson Services Corp.
P.O. Box 942
Bowling Green Station
New York, NY 10274

Comcast
P.O. Box 530098
Atlanta, GA 30353-0098

Community Credit Union
C/O Main Street Law Office
504 Main Street
Suite 200
La Crosse, WI 54602

Conner Hubbard & Company, LL
1106 Park Avenue
Orange Park, FL 32073

Creditors Financial Group, L
P.O. Box 440290
Aurora, CO 80044

Dept. of Veterans Affairs
C/O Regional Counsel
Attn: Judy Dailey
P.O. Box 5005
Bay Pines, FL 33744

Derrek Wilcoxen
c/o Bernanrd R. Mazaheri,Esq
20 N. Orange Ave.
PO Box 4979
Orlando, FL 32802

Dick's Wings
C/O Shanna Chevalier, Esq.
8834 Goodby's Executive Dr.
Jacksonville, FL 32217

Direct TV
c/o CBE Group, Inc.
131 Tower Park Drive
Suite 100
Waterloo, IA 50701

Dolphin Capital
C/O Wayne Schirmer
630 North Morley, Ste. 110-A
Moberly, MO 65270

Double Eagle Investments,LLC
c/o Raymond Joseph, Esq.
4035 Atlantic Blvd.
Jacksonville, FL 32207

Elavon, Inc
C/O The Dye Law Firm
236 East 5th Avenue
Tallahassee, FL 32315

Enterprise Maintenance
and Contracting, Inc.
c/o Jonathan Smith, Esq.
810 Margaret Street
Jacksonville, FL 32204

Executive Resource Managemen
C/O Butler, Robbind & White
5701 Pine Island Road
Suite 360
Fort Lauderdale, FL 33321

Executive Trans. Srvs, LLC
c/o Registered Agent
Sunseeker Investments, LLC
7749 Normandy Blvd., 245-333
Jacksonville, FL 32221

Fabulous Coach Lines
P.O. Box 214
Branford, FL 32008

Ferrell Gas
P.O. Box 1003
Liberty, MO 64069

Fia Csna
Po Box 26012
Nc4-105-02-77
Greensboro, NC 27410

Financial Pacific
3455 S. 344th Way
Suite 300
Auburn, WA 98001

First Coast Excursions, LLC
c/o Registered Agent
James Kallaher
151 College Drive, Ste. 5
Orange Park, FL 32065

First Federal Bank of N.F.
511 St. Johns Ave
Palatka, FL 32178

First Insurance Funding Corp
P.O. Box 66468
Chicago, IL 60666

Fleet One Transplatinum
C/O Ralph Marcadis, Esq.
5401 S. Westshore Boulevard
Tampa, FL 33611

Fleetmatics USA, Inc
C/O Transworld Systems, Inc
5601 Mariner Street
#475
Tampa, FL 33609

Ford Cred
Po Box Box 542000
Omaha, NE 68154

Frost-Arnett Company
P.O. Box 198988
Nashville, TN 37219

Gemb Lending Inc
3355 Michelson Dr.
Irvine, CA 92612

Go Mini's
6982 Highway Avenue
Jacksonville, FL 32254

Goodwin & Bryan, LLP
P.O. Box 26094
Cleveland, OH 44126

Great American Leasing
625 First Street S.E.
Suite 800
Cedar Rapids, IA 52401

Group ISO
18006 Sky PArk Circle
Suite 208
WY 82614

Guarantee Insurance Company
401 East Las Olas Boulevard
Suite 1540
Fort Lauderdale, FL 33301

Henshel & Beinhaker, PA
4060 Sheridan Street, Ste C
Hollywood, FL 33021

Holland & Knight, LLP
P.O. Box 864084
Orlando, FL 32886

I.C. System, Inc.
444 Highway 96 East
P.O. Box 64887
Saint Paul, MN 55164

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Jacksonville Aviation Author
P.O. Box 18018
Jacksonville, FL 32229

Jon S. Wheeler
Clerk, First D.C.A.
301 S. ML King Blvd.
Tallahassee, FL 32399

Massey Services, Inc
P.O. Box 547668
Orlando, FL 32854

Jacksonville Sheriff's Offic
Alarm Office, Room 216B
501 East Bay Street
Jacksonville, FL 32202

Julie A. Tadlock
559 Cody Drive
Orange Park, FL 32073

Mellon Mortgage
9225 Indian Creek Pkwy. 9th Fl
Overland Park, KS 66210

James Kallaher
C/O First Coast Excursions
500-18 Highway 17
Suite 315
Orange Park, FL 32003

Kenneth Murphy Tuenge
c/o Richard K. Britton, Esq.
2124 Park Street
Jacksonville, FL 32204

Mike Ciccone
1032 Magnolia Landing Drive
Atlantic Beach, FL 32233

Jax City Finance, Inc.
233 E. State Street
Jacksonville, FL 32202

Kennth & Leeslie Tuenge
403 UPPER 8TH AVE S□□
Jacksonville Beach, FL 32250

Mil Star
Attention: Bankruptcy
Po Box 650062
Dallas, TX 75236

Jax Ice Machines
5849 Commonwealth Avenue
Jacksonville, FL 32254

Kennth M. Tuenge
403 UPPER 8TH AVE S
Jacksonville Beach, FL 32250

National Commercial Se
8619 Reseda Blvd Ste 205
Northridge, CA 91324

Jay Smith, Esq
6644 Valjean Avenue
Suite 200
Van Nuys, CA 91406

LDG Financial Services
7001 Peachtree Industrial Bl
Suite 320
Norcross, GA 30092

Navistar Financial
P.O. Box  96070
Chicago, IL 60693

JEA
21 West Church Street
Jacksonville, FL 32202-3139

Lease Corporation of America
3150 Livernois Road
Suite 300
Troy, MI 48083

Navy Fcu
Attention:  Bankruptcy
Po Box 3000
Merryfield, VA 22119

Jennifer Reiss, Esq.
PO Box 550858
Jacksonville, FL 32255

Leslie Tuenge
403 UPPER 8TH AVE S
Jacksonville Beach, FL 32250

Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119

Joe Risco
c/o Jonathan Smith, Esq.
810 Margaret Str
Jacksonville, FL 32204

Lvnv Funding Llc
Po Box 740281
Houston, TX 77274

NCO Financial Systems
PO Box 15740
Wilmington, DE 19850-5740

North Florida Lubes, Inc.
P.O. Box 24300
Jacksonville, FL 32241

NuCo2, LLC
P.O. Box 9011
Stuart, FL 34995

Pesco
P.O. Box 960
Winter Haven, FL 33882

R.M.S.
55 Shuman Road
Naperville, IL 60566

Rcvmngcorp
1814 N Michigan
Saginaw, MI 48602

Rewards Network
2 N. Riverside PLaza
Suite 950
Chicago, IL 60606

Richard G. Miller
c/o Mary Scott, Esq.
4035 Atlantic Blvd.
Jacksonville, FL 32207

Richard L. Friedman, Esq.
P.O. Box 8418
Fleming Island, FL 32006

Safety-Kleen Corp
P.O. Box 650509
Dallas, TX 75265

Sears
C/O Alliance One Receivables
P.O. Bix 21882
Saint Paul, MN 55121

Sears/cbsd
Po Box 6189
Sioux Falls, SD 57117

Skipperline Industries, Inc.
c/o Kara Burgos, Esq.
201 Main Street, Ste. 700
La Crosse, WI 54602

Smile Gas
914 Atlantic Avenue
Suite 1D
Fernandina Beach, FL 32034

Solantic Urgent Care
P. O. Box 403959
Atlanta, GA 30384

Southern Heart Group
P.O. Box 19709
Jacksonville, FL 32245

Southland Waste Systems
8619 Western Way
Jacksonville, FL 32256

Sprint
PO Box 4191
Carol Stream, IL 60197-4191

Sprint
P.O. Box 105243
Atlanta, GA 30348

Staples
C/O Hugh Blanton, Esq.
233 East Bay Street
Suite 1028
Jacksonville, FL 32202

Stephen Danzig
c/o Lindsey C. Brock III,Esq
9995 Gate Parkway N., #190
Jacksonville, FL 32246

Sunseeker Investments, Inc.
c/o Wilcox Law Firm
4190 Belfort road
Ste 315
Jacksonville, FL 32216

Sunseeker Investments, Inc.
c/o Statutory Agent
Tim Tadlock
PO Box 8418
Fleming Island, FL 32006

TC Enterprises, LLC
c/o Statutory Agent
Sunkeer Investments, LLC
7749 Normandy Blvd., 145-333
Jacksonville, FL 32221

Teco Gas
P.O. Box 31017
Tampa, FL 33631

The Jacksonville Bank
c/o Michael R. Freed, Esq.
Brennan, Manna, Diamond, P.L
800 W. Monroe Street
Jacksonville, FL 32202

Trailer Leasing Company
2733 Pickettville Road
Jacksonville, FL 32220

Transworld Systems, Inc
9525 Sweet Valley Drive
Cleveland, OH 44125

TW Telecom
Attn: TW Telecom
1700 Lincoln Street
Lower Level 3
Denver, CO 80274

U.S. Bank
Collections Department
13010 S.W. 68th Parkway
Suite 100
Portland, OR 97223

United Collection Bureau
5620 Southwyck Blvd. Ste. 20
Toledo, OH 43614

USAA Federal Savings Bank
10750 Mcdermott Fwy
San Antonio, TX 78288

Verizon
P.O. Box 920041
Dallas, TX 75392

Visa Card Services
7136 South Yale
Suite 304
Tulsa, OK 74136

Visa Card Services/Jacksonvi
C/O The Independant Bankers
350 Phelps Drive
Irving, TX 75038

Vystar Credit Union
Attn: Bankruptcy
Po Box 45085
Jacksonville, FL 32232

Vystar Credit Union
4441 Wesconnett Bv
Jacksonville, FL 32232

Vystar Credit Union
C/O Hiday & Ricke
P.O. Box 550858
Jacksonville, FL 32255

Wach/rec
Po Box 3117
Winston-salem, NC 27102

Wachovia Bank
C/O Accounts Receivable Mana
P.O. Box 129
Thorofare, NJ 08086

Wachovia Bank
507 Prudential Road
Horsham, PA 19044

Wachovia Bank, N.A.
Retail Credit Collections
123 S. Broad Street
Philadelphia, PA 19109

Wachovia Bank, N.A.
C/O Elavon
7300 Chapman Highway
Knoxville, TN 37920

Wachovia Bank, N.A.
C/O Alliance One
7311 Quality Circle
Anderson, IN 46013

Wachovia Bank, N.A.
C/O Internal Recovery
P.O. Box 2248
Jacksonville, FL 32203

Wachovia Bank, N.A.
C/O Anthony Distasio, Esq
P.O. Box 461
Reading, PA 19603

Wachovia Bank, N.A.
Business Equity Line of Cred
P.O. Box 96074
Charlotte, NC 28296

Wachovia Mortgage, Fsb
Po Box 29544
Raleigh, NC 27626

Washington Mutual Home
324 W Evans St
Florence, SC 29501

WLS International
11065 Sante Fe Stree N.
Jacksonville, FL 32246

# United States Bankruptcy Court
## Middle District of Florida

In re    __Timothy A. Tadlock, Sr.__                Case No.                         
                                        Debtor(s)          Chapter    __11__

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept............................................................ | $ | **10,000.00** |
| Prior to the filing of this statement I have received............................................... | $ | **10,000.00** |
| Balance Due................................................................................................................ | $ | **0.00** |

2.    The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.    The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; motions to value (ch 11 and 13 only); motions for relief from stay; adversary proceedings to recover money or property for the estate.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Representation of the debtors in any dischargeability actions, or any other adversary proceeding not specifically listed herein.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    __August 27, 2009__                    **/s/ Eugene H. Johnson**
                                            **Eugene H. Johnson 0032105**
                                            **Johnson Law Firm, PA**
                                            **300 W. Adams Street, Suite 350**
                                            **Jacksonville, FL 32202**
                                            **904-652-2400   Fax: 904-652-2401**
                                            **ehj@johnsonlawpa.com**

In re **Timothy A. Tadlock, Sr.**
_____
Debtor(s)

Case Number: _____
(If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| | Part I. CALCULATION OF CURRENT MONTHLY INCOME | | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed. a. ■ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.** b. ☐ Married, not filing jointly. **Complete only column A ("Debtor's Income") for Lines 2-10.** c. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | | |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | $ 12,295.00 | $ |
| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. a. Gross receipts Debtor $0.00 Spouse $ b. Ordinary and necessary business expenses Debtor $0.00 Spouse $ c. Business income Subtract Line b from Line a | | $ 0.00 | $ |
| 4 | **Net Rental and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero. a. Gross receipts Debtor $0.00 Spouse $ b. Ordinary and necessary operating expenses Debtor $0.00 Spouse $ c. Rent and other real property income Subtract Line b from Line a | | $ 0.00 | $ |
| 5 | **Interest, dividends, and royalties.** | | $ 0.00 | $ |
| 6 | **Pension and retirement income.** | | $ 0.00 | $ |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. | | $ 0.00 | $ |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: Unemployment compensation claimed to be a benefit under the Social Security Act Debtor $0.00 Spouse $ | | $ 0.00 | $ |
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. a. Debtor $ Spouse $ b. Debtor $ Spouse $ | | $ 0.00 | $ |
| 10 | **Subtotal of current monthly income.** Add lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 thru 9 in Column B. Enter the total(s). | | $ 12,295.00 | $ |

| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | $               **12,295.00** |
|---|---|---|

**Part II. VERIFICATION**

| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* <br><br> Date:    __August 27, 2009__            Signature:   __/s/ Timothy A. Tadlock, Sr.__ <br>                                                           **Timothy A. Tadlock, Sr.** <br>                                                                             (Debtor) |
|---|---|